# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 494-2025-04264 |
| Tennessee Office of Attorney General, Civil Rights Enforcement Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Dr. Amin I. Salman

Phone No.: 615-474-2974

Year of Birth: 1958

Mailing Address: 7485 Harness Drive
NASHVILLE, TN 37221

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Tennessee Department of Transportation

No. Employees, Members: 501+ Employees

Phone No.:

Mailing Address: 505 Deaderick Street James K Polk Bldg
NASHVILLE, TN 37243, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

Age, National Origin, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 12/03/2024

Latest: 06/30/2025

THE PARTICULARS ARE:

I. I was hired by Tennessee Department of Transportation in February of 1998. I was promoted to the position of Statewide Transportation Engineer on March 3, 2024. The Respondent employs more than 20 people.

II. While employed I was subjected to age-based comments by my supervisor including telling me that I should retire because I was old and no one liked me. I was given a verbal warning in December of 2024 and a written warning in March of 2025. The March written warning was supposedly for a complainant from a consulting regarding my behavior in a meeting. I pointed out that I did not attend a meeting on the date in question and the warning was altered to reflect another date that I did attend a meeting. My performance evaluation was late and others on my team had received their feedback. I submitted a written complaint that my supervisor was delaying my evaluation and that I believed it was because of my national origin. My supervisor then gave me a negative evaluation to force me to retire. When I consulted with HR, they told me that I should retire because it appeared they were trying to build a paper trail to terminate me. I sent HR a copy of my retirement application, however it had a PDF error, and I was told to resubmit with a paper copy. I never resubmitted the paper copy and it was my understanding that no actions were being taken with my retirement application. I discussed my retirement date with supervisors and TCRS and made a determination to retire following my anniversary date in February of 2026. In June of 2025, I received

notice from my employer that I was being retired effective June 30, 2025, and was forced to submit my retirement packet again with that date to ensure I maintained pay following that date.

I believe I have been discriminated against because of my National Origin (Arab Israeli) and retaliated against in violation of title VII of the Civil Rights Act of 1964, as amended. I believe I have been discriminated against because of my age (66) in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Dr. Amin I. Salman
09/08/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary________________________________

Printed Name ________________________________

# REQUEST FOR EMPLOYMENT INFORMATION

## SECTION A: To be completed by individual signing up for Medicare Part B (Medical Insurance)

1. Employer's Name: Tennessee Dept. of Transportation (TDOT)
2. Date: 07/14/2025
3. Employer's Address: 505 Deaderick St
City: Nashville
State: TN
Zip Code: 37243
4. Applicant's Name: Amin I. Salman
5. Applicant's Social Security Number: 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
6. Employee's Name: Amin I. Salman
7. Employee's Social Security Number: 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

## SECTION B: To be completed by Employers

### For Employer Group Health Plans ONLY:

1. Is (or was) the applicant covered under an employer group health plan? ☑ Yes ☐ No
2. If yes, give the date the applicant's coverage began. (mm/yyyy) 01/2000
3. Has the coverage ended? ☑ Yes ☐ No
4. If yes, give the date the coverage ended. (mm/yyyy) ~~06~~/2025 correction 07/2025 (KLP) Kuglin [illegible], HR Generalist 3
5. When did the employee work for your company?
From. (mm/yyyy) 02/1998 To: (mm/yyyy) 07/2025 Still Employed. (mm/yyyy) __/____
6. If you're a large group health plan and the applicant is disabled, please list the timeframe (all months) that your group health plan was primary payer
From: (mm/yyyy) __/____ To: (mm/yyyy) __/____

### For Hours Bank Arrangements ONLY:

1. Is (or was) the applicant covered under an Hours Bank Arrangement? ☐ Yes ☐ No N/A
2. If yes, does the applicant have hours remaining in reserve? ☐ Yes ☐ No N/A
3. Date reserve hours ended or will be used? (mm/yyyy) __/____ N/A

### All Employers:

Signature of Company Official: Haley Sprague
Date Signed: 07/15/2025
Title of Company Official: HR Business Partner I
Phone Number: (615) 741-3401

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number The valid OMB control number for this information is 0938-0787 The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, MD 21244-1850

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).
2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.
3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.
4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.
5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**STATE OF TENNESSEE**
**DEPARTMENT OF TRANSPORTATION**
**Civil Rights Division**
Suite 15, William R. Snodgrass Tennessee
312 Rosa L. Parks Avenue, Nashville, Tennessee 37243
Telephone No. 615-741-3681, Toll Free No. 888-370-3647
Fax No. 629-265-7330

**WILL REID, P.E.**
COMMISSIONER

**BILL LEE**
GOVERNOR

May 8, 2026,

Gary Wright
U.S. Equal Employment Opportunity Commission

RE: Charging Party: Amin Salman
EEOC Charge: 494-2025-04264

Dear Mr. Wright:

It is the position of the Tennessee Department of Transportation, hereinafter TDOT or Department, to deny the charge of employment discrimination filed with the U.S. Equal Employment Opportunity Commission, hereinafter EEOC, by Amin Salman under Title VII of the Civil Rights Act of 1964 and Age Discrimination in Employment Act of 1967. The Department's denial of the charge of employment discrimination will be discussed in the following paragraphs, along with legitimate non-discriminatory explanations of the alleged conduct.

Mr. Salman claimed in his charge of discrimination that the incidents of the alleged discrimination are based on national origin, age, and retaliation and involve the issues of harassment, discipline, performance rating, and forceful retirement. Mr. Salman was hired on February 2, 1998, and most recently served as Statewide Transportation Engineer in the Traffic Design Division until his voluntary retirement effective June 30, 2025. On February 26, 2025, Mr. Salman verbally reported to the TDOT Civil Rights Division or CRD that he felt he was being pressured to retire and discriminated against with regards to discipline, harassment, and his Individual Performance Plan (IPP). This matter was investigated, and no evidence of discrimination was found (See Attachment 1).[1]

On December 11, 2024, Mr. Salman received an oral warning (See Attachment 2) from his direct supervisor, TDOT Manager, Scott Pate, for performance and behavioral issues. Mr. Salman did not dispute the behavior described in the oral warning, rather he characterized the incidents as

[1] Attachments referenced in Attachment 1 are included as part of the Position Statement and Additional Attachments.

"silly things" not deserving of discipline. On March 3, 2025, Mr. Salman received a written warning citing unprofessional conduct and failure to engage with the team (See Attachment 3), which he believes resulted in the below expectations rating on his Individual Performance Plan.

The Department denies the allegation that Mr. Salman received discipline or a lower-than-expected rating on his IPP based on age, national origin, or in retaliation. Mr. Salman received the oral warning in December 2024, based on several incidents that occurred over a six-month period.[2] The first incident involved a meeting on July 17, 2024, during which TDOT Director, Andrew Barlow, received emails from Regional Management regarding Mr. Salman's behavior during a meeting. According to the reports, Mr. Salman became upset with a co-worker and abruptly exited the meeting call. Both internal employees and external consultants were present on the call and reported that Mr. Salman's behavior was unprofessional (See Attachment 4). Mr. Pate stated he counseled Mr. Salman regarding the incident, and no disciplinary action was issued at that time, as he considered it to be an isolated incident.

Mr. Salman's ability to work as part of a team continued to falter as Mr. Salman failed to attend an all-staff meeting, and when asked about his absence, Mr. Salman responded that he chose not to attend because he did not want to say something that management or other employees might not like. While attendance may not have explicitly been described as mandatory, it was clearly understood that all-staff meetings were required. During that meeting, Mr. Salman was visibly present in the office and had no valid excuse for missing it. Other employees are not allowed to miss all-staff meetings unless they have an approved reason, such as a scheduled meeting, or sick leave/annual leave. TDOT denies the claim that Mr. Salman informed management of a conflicting meeting with another division, especially since he stated he did not want to attend because of what he might say. Mr. Salman's unwillingness to engage with the team continued during a team Thanksgiving event. When asked to wait for all employees to arrive before eating, Mr. Salman became visibly upset, scraped his food back into the serving containers, threw his plate away, and returned to his office. Although attendance at the event was not mandatory, the Department viewed Mr. Salman's behavior as unprofessional and disruptive to team cohesion.

The next incident occurred on December 11, 2024, when Mr. Salman failed to follow a directive on who the appropriate point of contact was for a required signature. Mr. Salman's response to the email showed a lack of professionalism and an inability to follow instructions (See Attachment 5). Mr. Pate explained that he issued the oral warning to Mr. Salman due to this incident and prior behavior that was now seen as a pattern rather than isolated, with the intent to address and correct the behavior, not to initiate discipline beyond that.

In January 2025, Mr. Salman displayed problems with a Humphreys County project, which led to the issuance of a written warning. Specifically, Mr. Salman's decision to contact the mayor to request a proprietary letter supporting the use of Holophane lighting contributed to the project delay (See Attachment 6). Per departmental policy and practice, employees are not permitted to advocate for a specific lighting design. The Department is required to provide two lighting design

[2] In March 2024, Mr. Salman promoted to the Statewide Transportation Engineer position, where he worked in a newly formed division and under new management, Mr. Pate. He consistently had difficulty working as part of this new unit.

options unless the county provides a proprietary letter explaining the preference. When questioned about the delay, Mr. Salman claimed that Region 3 Project Manager, David Layhew, was responsible for obtaining the letter. However, Mr. Layhew informed Mr. Pate that Mr. Salman had been in contact with the county directly. TDOT found this credible, as emails in Attachment 6 show that Mr. Salman repeatedly reached out to the Mayor of Humphreys County's Office beginning in June 2024, to obtain the proprietary letter. Mr. Pate eventually intervened, spoke directly to the mayor, and received a letter confirming there was no lighting preference, despite Mr. Salman claiming the mayor supported a specific design. To comply with contract requirements for offering multiple designs, Mr. Pate asked Mr. Salman about the process for another design, and Mr. Salman dismissed this as "not feasible" (See Above Attachment). As a result, Mr. Pate contacted the designer on file, who produced a second design within three business days. The Department viewed these incidents as continued unprofessional conduct. First, Mr. Salman misrepresented the mayor's position. Second, Mr. Salman attempted to shift responsibility to another employee despite evidence showing Mr. Salman led the correspondence. Mr. Pate believed Mr. Salman may have misrepresented the situation to justify advocating for a specific lighting design, which the Department viewed as a violation of policy. Mr. Salman was counseled regarding TDOT's policy requiring two designs in December 2024.

Another incident referenced in the written warning occurred on January 10, 2025, during a Region 3 meeting with consultants. According to an email (See Attachment 7) from Bradley Martin, TDOT Manager, Mr. Salman derailed the meeting by discussing an unrelated book he authored and made an unprofessional comment about a consultant, stating he hoped the person would not be on the call and was difficult to work with. Mr. Salman stated he did not recall making the remarks and believed the meeting in question occurred on January 15, 2025, which he stated he did not attend. Nonetheless, email evidence showed the meeting took place on January 10, 2025; Mr. Salman has not provided evidence that he was absent from this meeting. The Department viewed this as additional evidence that Mr. Salman failed to correct prior unprofessional behavior, which resulted in further discipline.

The written warning was intended to be issued before the performance evaluation. However, due to Mr. Salman's extended absence in February 2025, related to illness and scheduling conflicts, the written warning was issued on March 3, and the evaluation was completed on March 5, 2025 (See Attachment 8). Based on Mr. Salman's previous coaching sessions, oral warning, and written warning received over a six-month period, Mr. Pate determined that improvement was needed in areas including integrity and trust, teamwork, and communication, which was reflected in Mr. Salman's evaluation. Mr. Pate stated that age and national origin were not factors in these decisions. Furthermore, Mr. Salman did not suffer any adverse action by having his IPP later than his co-workers, as the rating remained unchanged and there was no process for employee revisions after management's comments were finalized. There is no evidence to support that Mr. Salman received the oral warning, written warning, or IPP rating later or below expectations based on national origin, retaliation, or age. Rather, the evidence showed these actions were based on documented performance and behavioral concerns during the review period.

Regarding the allegations of forceful retirement, on December 11, 2024, when Mr. Pate attempted to deliver the oral warning, Mr. Salman raised his voice and repeatedly asked whether Mr. Pate thought he was stupid, which Mr. Pate denied. Mr. Pate recalled responding that no one wants to

work with the kind of attitude Mr. Salman was displaying. At that point, Mr. Salman said, "just fire me" and then said he did not care and would be leaving soon. Mr. Pate responded that Mr. Salman could leave if that was his decision but denied saying anything about retirement. Mr. Pate stated Mr. Salman voluntarily announced his desire to leave during the meeting. Mr. Salman reported the interaction to TDOT HR on the same day in an email titled, "My manager is asking me to leave" (See Attachment 9). In the message, Mr. Salman stated that Mr. Pate told him, "You have an attitude, and nobody wants to work with you, and you need to leave." Mr. Salman later changed his narrative to state that Mr. Pate told him to retire. The Department denies the allegation that Mr. Salman's management team told him to retire, that he was old, or that age-based discrimination occurred.

On March 7, 2025, Mr. Salman emailed Mr. Pate titled, "I am retiring 07-31-25" (See Attachment 10) that included the separation policy and a declaration of retirement form completed by Mr. Salman. Mr. Pate subsequently forwarded Mr. Salman's email and retirement form to TDOT HR per policy (See Attachment 11). Although Mr. Salman contended that the form was incomplete, the form contained Mr. Salman's digital signature and was processed on March 17, 2025 (See Attachment 12). The Department denies that TDOT HR told Mr. Salman to resubmit a paper copy of his retirement application (See Attachment 12). TDOT HR clearly communicated to Mr. Salman the status of his retirement application. The Department maintains a practice which requires notices to be processed once submitted and does not provide employees the opportunity to revoke a retirement declaration without leadership's approval.

Additionally, the Department denies Mr. Salman's allegation that TDOT HR advised Mr. Salman that management was "building a paper trail" and "he should retire." Rather, TDOT HR stated Mr. Salman was informed of the progressive discipline process based on prior documented performance and behavioral issues. The Department acknowledged that Mr. Salman was advised it would be more beneficial to retire at the end of the fiscal year rather than extending retirement to July 31, 2025, which is why the retirement became effective June 30, 2025. Finally, Mr. Salman did not provide evidence showing the retirement process was influenced by age, national origin, or retaliation.

Witnesses and documentary evidence do not corroborate Mr. Salman's allegations of discrimination based on national origin, age, or retaliation related to the issuance of an oral warning, written warning, delayed performance review, below expectations rating, or alleged forceful retirement. Additionally, the evidence does not corroborate the allegation that Mr. Pate created a hostile work environment based on age through a comment suggesting Mr. Salman retire.

The evidence supports that Mr. Salman's behavior and performance declined between his interim review and the final IPP issued on March 5, 2025. Emails from Region 3 leadership documented concerns about Mr. Salman's communication, work conduct, and performance issues that fell within the Department of Human Resources (DOHR) disciplinary rule, 1120-10 (See Attachment 13). Witnesses further indicated that no other employees reporting to Mr. Pate demonstrated similar performance and/or behavioral deficiencies that would have warranted comparable disciplinary actions. Prior to the written warning and March 2025 IPP rating, Mr. Salman received verbal counseling and an oral warning but showed no improvement. Although Mr. Salman disputed responsibility for the Humphreys County project referenced in the written warning and

the IPP, management confirmed that documentation in Attachment 6 supported that Mr. Salman played a lead role in the delays associated with the project.

Furthermore, DOHR Policy 12-064 (Attachment 14) does not provide appeal rights for IPP ratings absent procedural error. While Mr. Salman alleged he did not receive counseling throughout the year, the oral warning issued in December 2024 satisfied the applicable procedural requirement. Additionally, Mr. Salman did not suffer an adverse action by having his IPP finalized in March rather than February, as he was absent from the office during the original time frame due to sick leave. There is no evidence indicating that Mr. Salman's performance review was intentionally delayed due to national origin, age, or retaliation.

Finally, there was insufficient evidence to show that Mr. Pate acted with discriminatory intent when forwarding Mr. Salman's retirement notice to HR, nor was there evidence that Mr. Pate told Mr. Salman to retire. Mr. Pate's actions were consistent with department policy. Mr. Salman initiated the retirement process, and the Department's decision not to revoke that process was not due to discrimination or retaliation.

TDOT is an Equal Employer providing equal employment opportunities to all applicants and employees without regard to race, color, sex, pregnancy, age (40 & over), religion, creed, national origin, disability, veteran's status, or any other protected category under applicable laws.

We are committed to providing a workplace free from any type of discrimination and that commitment is delivered by TDOT and/or DOHR policies and procedures. Should you have questions or other concerns, please do not hesitate to contact me at 615-532-0367.

Sincerely,

Katherine Swartwood Mariani, Equal Employment Opportunity Officer II

cc: Yolando Jackson, TDOT Team Lead

Enclosures: Supporting Attachments

## Amin Salman

**From:** Amin Salman
**Sent:** Wednesday, June 25, 2025 12 58 AM
**To:** Joe Galbato
**Subject:** Separation Notice
**Attachments:** Separation Notice - Amin I Salman, RE Retirement Application Guide, updating my wife profile in TCRS msg, ASalman-1722055-Benefit Estimate Pac6914 pdf

Joe,
I was told that last Friday a meeting was called by Director Linville that included: Shane Hester, Leslie South, Lori Lange, members of Retirement Board, and Andy Barlow (who is in Mexico), to discuss my retirement. I am very honored that a modest person-who is not a director-gets the attention of all these great people.
Do I want to retire? The simple answer is yes.
I opened my emails on Monday, and I found the above email. That is less than one week from the last day for me at TDOT.
Shane was so kind that he met with me to discuss the email. I told him that the issue is now my retirement check. I did not apply for retirement with the Tennessee Consolidated Retirement Systems (TCRS) and the attached email listed why I did not apply. The TCRS requires 90 days to process the retirement application. Three staff members of TDOT HR attended the meeting that was arranged by Director Linville-at my request-to discuss my options of including my wife as a beneficiary (attached PDF document). When Mr James-TCRS-suggested that I should retire on my anniversary date-which is 02-02-2026-none of the HR staff objected.
I was told yesterday that TDOT was talking to TCRS to expedite the process.
I feel that I was not given enough time to process my retirement or get my first check after retirement.

Thank you for your time and God bless TDOT Commissioner & employees.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn gov

TN TDOT Department of Transportation

## Amin Salman

**From:** Amin Salman
**Sent:** Monday, June 23, 2025 2.08 PM
**To:** Shane Hester
**Cc:** Scott Pate
**Subject:** FW· Retirement Application Guide

FYI

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

**From:** James Armistead <James.Armistead@tn.gov>
**Sent:** Tuesday, April 1, 2025 12:48 PM
**To:** Amin Salman <Amin.Salman@tn.gov>
**Subject:** RE· Retirement Application Guide

It is because the date is more than 150 days out from today. They won't accept the application if it is more than 150 days

**James Armistead**
Regional Outreach Specialist, Middle TN Region
Tennessee Department of Treasury
**Office** 800-922-7772
**Mobile** 615-289-4447
**Email** james armistead@tn.gov
**RetireReadyTN.gov**

RETIRE READY
TENNESSEE'S RETIREMENT PROGRAM

**Follow RetireReadyTN on social media!**

**From:** Amin Salman <Amin.Salman@tn gov>
**Sent:** Tuesday, April 1, 2025 12:45 PM
**To:** James Armistead <James.Armistead@tn gov>
**Subject:** RE. Retirement Application Guide

James,
I took your advice and I want to retire at my anniversary (02-28-26). I received the attached error message.

Amin Salman, PE, EDD
Statewide Lighting Trans Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin Salman@tn gov

TN TDOT Department of Transportation

**From:** James Armistead <James.Armistead@tn gov>
**Sent:** Thursday, March 27, 2025 11:17 AM
**To:** Amin Salman <Amin Salman@tn gov>
**Subject:** Retirement Application Guide

https //treasury tn gov/Portals/0/Documents/Retirement/PreparingRetirementApplication pdf

**James Armistead** | Regional Outreach Specialist, Middle TN Region
**Retire*Ready*TN**
**Tennessee Treasury Department**
Direct (615) 289-4447 |Email. james armistead@tn gov
Toll-free· (800)922-7772 |Website. www RetireReadyTN.gov

RETIRE READY
TENNESSEE RETIREMENT PROGRAM

## Amin Salman

**From:** Gary X Schafer
**Sent:** Friday, June 20, 2025 10 48 AM
**To:** Amin Salman
**Cc:** Scott Pate
**Subject:** Separation Notice - Amin I Salman
**Attachments:** Sep Notice - Amin I Salman 00161133 pdf

**Importance:** High

Amin,

Attached is your separation notice for your records confirming dates of employment.

Please ensure all time worked for the current pay period is entered on the time sheet by your final working day, 06/30/2025.

Also, if you have taken any SL in your final two weeks, ensure you send a doctors note to your supervisor and to me.

Return all TDOT issued equipment on your last day (laptop, monitor, badge, parking pass, etc.).

Thank you.

TN TDOT

**Gary W. Schafer** | HR Generalist 2
Human Resources Division
James K. Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
Phone 615-253-2862 Fax. 615-253-1477
gary x schafer@tn gov

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE

1 Employee's Name: Amin I Salman (First / Middle Initial / Last)    2 SSN: 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

3 Last Employed From: 02/02/98 (mm/dd/yy) to 06/30/25 (mm/dd/yy)    Occupation: Statewide Transportation Engineer

4 Where was work performed? Davdison County

5 Reason for Separation: ☐ Lack of Work ☐ Discharge ☑ Quit

If lack of work, indicate if layoff is ☐ Permanent ☐ Temporary - Recall Date ________ (mm/dd/yy)

If temporary, report any vacation pay that will be paid    Week Ending Date ________ (mm/dd/yy)    Amount $ ________

If layoff is indefinite vacation pay should not be reported

6 Employee received ☐ Wages in Lieu of Notice ☐ Severance Pay

In the amount of $ ________ for period from ________ (mm/dd/yy) to ________ (mm/dd/yy)

If other than lack of work, explain the circumstances of this separation

Retirement

Employer's Name: TN Department of Transportation

| Address where additional information may be obtained | Employer's Telephone Number |
|---|---|
| James K Polk Bldg<br>505 Deaderick St<br>Nashville, TN 37243 | (615) 741-3461 |
| | **Employer's Email Address**<br>TDOT HR@tn gov |

**Employer's Account Number:** 6503659    *Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| Gary W Schafer | HR Generalist 2 | 06/30/25 (mm/dd/yy) |

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01- 02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response

## NOTICE TO EMPLOYEE

**YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

## Amin Salman

| | |
|---|---|
| **From:** | Amin Salman |
| **Sent:** | Wednesday, June 11, 2025 11 14 AM |
| **To:** | Juan Williams |
| **Subject:** | FW. Did things change in TDOT HR after 27+ years? |
| **Attachments:** | Salman Separation and Retirement, RE· Performance Management Procedural Steps, RE. Acceptance of Retirement; RE· Acceptance of Retirement, RE· Acceptance of Retirement; Acceptance of Retirement; RE Retirement Application Guide, I was written up for something I did not do; RE· My manager is asking me to leave, Performance Management Procedural Steps; Jennifer Greathouse-Amin png, Is it True that IPP Policy was not violated by my manager?, RE Private and confidential. Written up for something that is untrue and unfounded, DOHRPolicy12-064 pdf; EP_EVAL_Interim1 due 06-30-25 pdf |

Honorable Director,
And came a surprise interim1 for the IPP cycle of 2025-2026 (attached). The difference between the probation evaluation of 03-05-25 and interim1 is almost 3 months. But Amin "Is passionate about lighting"& "Amin has done a good job at doing what he says...etc.", that really enforce my point "My feeling is: A manager-who came to HQ two years ago-can fire me and ruin my life and my family life if he had a bad day and decides to do so and forget about all the rules that govern TDOT employees." Did he have a good day, when writing this interim?

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

**From:** Amin Salman
**Sent:** Friday, May 2, 2025 8.10 AM
**To:** Juan Williams <Juan.Williams@tn.gov>
**Subject:** Did things change in TDOT HR after 27+ years?

Good morning.
In 2002 Mr. Ken Becker-TDOT HR Director-called me to his office and told me "That TDOT ran a background check on me (5 months after 9/11), and everything came o.k." I answered: After 5 years of working with TDOT, you ran a background check on me without my knowledge?!" And if the results came bad, then I will be with my family on Nashville streets".
Last year, my manager with my director gave me a verbal warning for no reasons except a difference of opinion in handling a very marginal matter (sending the Traffic Management Plan-TMP-for regional staff to get their signatures). Again, March 3rd-one day after my probation was over-they gave a written warning (and again for technical matter that is not detrimental to the project or the people who are involved in it)! And my manager gave a

"needs improvement " rating for the 2024-2025 period (without discussing any plans to help me get out of this rating until now).
I talked to everybody in TDOT-please see the attached emails-and Mr  Shane the executive director over Traffic Design with no use. Did things change in TDOT after 27+ years and I am the only one in the whole department that handles roadway lighting (that's why they brought me to Traffic Operations Division in 2017).
My feeling is: A manager-who came to HQ two years ago-can fire me and ruin my life and my family life if he had a bad day and decides to do so and forget about all the rules that govern TDOT employees.
Am I going to have another disappointment because I wrote this email?

Amin Salman, PE, EDD
Statewide Lighting Trans  Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p  615-253-4833
Amin.Salman@tn gov

TN TDOT Department of Transportation

**STATE OF TENNESSEE**
**DEPARTMENT OF TRANSPORTATION**
**Civil Rights Division**
James K. Polk Building, Suite 1800
505 Deaderick Street, Nashville, Tennessee 37243
Telephone No 615-741-3681 / Toll Free No. 888-370-3647 / Fax No 615-741-3169

**BUTCH ELEY**
DEPUTY GOVERNOR & COMMISSIONER

**BILL LEE**
GOVERNOR


May 30, 2025
Amin Salman
amin.salman@tn gov

Dear Mr. Salman,

We have concluded our investigation into your complaint alleging discrimination based on national origin and age involving the issuance of disciplinary actions, a performance review evaluation, and differential treatment. The matter was investigated by the Civil Rights Division, Equal Employment Opportunity /Affirmative Action Program. Katherine S. Mariani, Affirmative Action Officer 2, conducted the investigation.

Findings:
Based on a thorough investigation, the available evidence did not support a violation of the following departmental policies: TDOT EEO Policy 105-01, TDOT Productive Workplace Discrimination & Harassment Policy 230-04, and TN DOHR Policy 12-008 Workplace Discrimination and Harassment.

This concludes the investigation, and we are closing the case as of the date of this letter. It is the policy of TDOT to provide an environment free of discrimination and harassment. All employees are responsible for abiding by departmental policies.

As a reminder, retaliation against employees or applicants for employment who file a complaint of discrimination or harassment, participate in an investigation, or oppose an unlawful employment practice is strictly prohibited. Should you have questions or concerns, please do not hesitate to contact me at 615-741-5996.

Sincerely,

Jessica M. Starling

Jessica M. Starling
Director, Civil Rights Division

cc: Joseph Galbato III, Deputy Commissioner/CFO
Leslie South, General Counsel
Will Reid, Deputy Commissioner
Delaine Linville, Assistant Bureau Chief of Administration/Human Resources Director
Yolando. Y. Jackson, Affirmative Action Manager

Probationary

# Complete Final Review - Acknowledge

Amin Salman

Job Title: STATEWIDE TRANSP ENGINEER
*Document Type: Probationary*
Template: Probationary Performance
Status: Available for Review

Manager· Scott Pate
*Period· 03/03/2024 - 03/02/2025*
Document ID: 1217326
Due Date: 03/02/2025

| Employee Data | | |
|---|---|---|
| **Empl ID :** | 00161133 | |
| **Business Unit :** | 40100 | |
| **Department :** | 4036309000 | Traffic Design Division |
| **Location Code :** | 019 | Davidson County |

This document is currently waiting for your acknowledgment.
After you have reviewed this document and had a discussion with your manager, you will acknowledge your document.

## Section 1 - Strategic & Operational Goals

Goal 1: Operational Goal 5-Transportation System

Description :

Enhance Tennessee's transportation system by promoting a safe, reliable, multimodal network that connects Tennessee travelers and businesses to opportunities.

Created By . Scott Pate 04/01/2024 9.10AM

Goal 2: Operational Goal 7-Transportation Project Delivery

Description .

Optimize time and cost to develop, deliver, construct, and maintain a project.

Created By Scott Pate 04/01/2024 9.10AM

Goal 3: Operational Goal 8-High Performance Teams

Description .

Using a team-based approach, establish a matrix organizational structure where team members work in unison to efficiently deliver projects, programs, and operational activities.

Created By · Scott Pate 04/01/2024 9:10AM

## Section 2 - Performance Planning, Observation & Feedback

Delivery of Legislative Bridge Projects

Work Outcome Statement

During the FY23-24 performance cycle, the following legislative projects and On-system and Off-system bridge projects are completed for the phase they are budgeted for (ROW and/or Construction) within the fiscal year (federal fiscal year beginning 10/1/23 and ending 9/30/24) and within the budget and scope. For new start Preliminary Engineering (PE) Off-System Bridge Projects identified in FY24, the PDN process shall begin within the first quarter of FY24 (by 1/1/2024).

**Legislative Projects:**

- PIN 101406.04 Campbell Co. SR-63 (Const.)
- PIN 100326.02 Carroll Co. SR-76 / US-79 (Const.)
- PIN 124260.05 Davidson-Rutherford Co. I-24 SMART Corridor (Phase 3) (ROW)
- PIN 101419.03 Hamblen Co. SR-34 / US-11E (Const.)
- PIN 107579.00 Hawkins Co. SR-66 (ROW)
- PIN 123071.00 Montgomery Co. SR-48 (Trenton Rd.) (ROW)
- PIN 102420.13-.16 Polk Co. SR-40 (Corridor K) (ROW)
- PIN 101558.00 Robertson Co. I-65 Weigh Station (Const.)
- PIN 124683.01 Rutherford Co. I-24 Ramp Improvements @ Sam Ridley Pkwy (Const.)
- PIN 124683.03 Rutherford Co. I-24 Ramp Improvements @ Joe B. Jackson (Const.)

- PIN 106982.00 Rutherford Co. SR-99 (Const.)
- PIN 100339.02 Shelby Co. SR-4 / US-78 (Lamar Ave) (Const.)
- PIN 112834.03 Sullivan Co. SR-93 (Sullivan Gardens Pkwy) (Const.)

**On-System Bridge Projects:**

- PIN 124159.00 Chester Co. SR-100 Bridge over Dry Branch (Const.)
- PIN 124154.00 Chester Co. SR-100 Bridge over South Fork Deer River (Const.)
- PIN 124331.00 Grainger Co. SR-131 Bridge over Williams Cr. (Const.)
- PIN 124076.00 Hamilton Co. SR-320 Bridge over CSX RR (Const.)
- PIN 124383.00 Hawkins Co. SR-70 Bridge over Norfolk Southern RR (Const.)
- PIN 124452.00 Humphreys Co. I-40 Bridge over Squeeze Bottom Lane and Buffalo River (Const.)
- PIN 124749.00 Shelby Co. SR-3 Bridge over CNIC RR (Const.)
- PIN 124747.00 Shelby Co. SR-14 Bridge over Harrison Cr (Const.)
- PIN 124721.00 Sumner Co. SR-6 Bridge over East Fork Station Camp Cr. (Const.)
- PIN 124722.00 Sumner Co. SR-6 Bridge over West Fork Station Camp Cr. (Const.)
- PIN 124631.00 Unicoi Co. SR-107 Bridge over Indian Cr. (Const.)

**Off-System Bridge Projects:**

- PIN 124004.00 Bledsoe Co. Alvin York Hwy Bridge over Branch (PE)
- PIN 124677.00 Bradley Co. Old Lower River Road Bridge over South Mouse Cr. (Const.)
- PIN 124161.00 Carter Co. Smalling Rd. Bridge over Watauga River (PE)
- PIN 124227.00 Carter Co. Gap Cr. Rd. Bridge over Gap Cr. (PE)
- PIN 040307.00 Chester Co. Talley Store Rd. Bridges over Jacks Creek (Const.)
- PIN 110324.01 Coffee Co. Campground Ln. Bridge over Duck River (Const.)
- PIN 124042.00 Coffee Co. W. Grundy St. Bridge over North Fork Rock Creek (PE)
- PIN 124181.00 Dyer Co. Unionville Rd. Bridge over Overflow (PE)

- PIN 129708.00 Franklin Co. Crownover Rd. Bridge over Crow Cr. (Const.)
- PIN 133507.00 Hickman Co. County Farm Rd. Bridge over Reece Branch (PE)
- PIN 107697.00 Humphreys Co. Bakerville Rd. Bridge over Duck River (Const.)
- PIN 124462.00 Lawrence Co. Pleasant Valley Rd. Bridge over Dry Weakley Cr. (Const.)
- PIN 124493.00 Lincoln Co. Kidd Lane Bridge over Elk River (Const.)
- PIN 103939.00 Macon Co. Hoot Owl Lane Bridge over Middle Fork Goose Cr. (Const.)
- PIN 132259.03 Madison Co. Westover Rd. Bridge over Overflow (PE)
- PIN 132259.02 Madison Co. Westover Rd. Bridge over Overflow (PE)
- PIN 132259.01 Madison Co. Westover Rd. Bridge over Overflow (PE)
- PIN 124085.00 Marion Co. Orme Rd. Bridge over Dry Cr. (Const.)
- PIN 124565.00 Maury Co. Old Hwy. 43 Bridge over Big Bigby Branch (Bridge Removal) (PE)
- PIN 124542.00 Maury Co. North James Campbell Blvd. Bridge over TN Southern RR (PE)
- PIN 124092.00 Meigs Co. W. Memorial Fr. Bridge over Decatur Branch (Const.)
- PIN 124091.00 Meigs Co. Big Sewee Rd. Bridge over Sewee Cr. (PE)
- PIN 124501.00 Morgan Co. Macedonia Rd. Bridge over Emory River (Const.)
- PIN 124761.00 Perry Co. S. Mill St. Bridge over Buffalo River (Const.)
- PIN 124103.00 Rhea Co. Harrison Ave. Bridge over Roaring Cr. (PE)
- PIN 124519.00 Roane Co. Caney Cr. Rd. Bridge over Caney Cr (PE)
- PIN 124675.00 Robertson Co. Experiment Station Rd. Bridge over Wartrace Cr. (Const.)
- PIN 133368.00 Rutherford Co. Mona Rd. Bridge over Fall Cr. (PE)
- PIN 133369.00 Rutherford Co. Lofton Rd. Bridge over Bradley Cr. (PE)
- PIN 124692.00 Smith-Putnam Co. Webster Rd Bridge over Little Indian Cr. (Const.)
- PIN 122156.00 Sullivan Co. Fort Robinson Dr. Bridge over Dry Cr. (PE)
- PIN 1334847.00 Wilson Co. Beasleys Bend Rd. Bridge over Cedar Cr. (PE)

**Work Outcome Rating Scale**

| | |
|---|---|
| Unsatisfactory Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 40% ol completed, turned in and authorized pri<br>3. 60% of the projects or more require STI termini/scope updates. |
| Marginal Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 60% ol completed, turned in and authorized pri<br>3. 40% of the projects or more require STI termini/scope updates. |
| Valued Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 80% ol completed, turned in and authorized pri<br>3. 20% of the projects or more require STI termini/scope updates. |
| Advanced Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 90% ol completed, turned in and authorized pri<br>3. STIP Amendments or Adjustments allov authorized for the October 4, 2024 lettir |
| Outstanding Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 95% ol completed, turned in and authorized pri<br>3. No STIP Amendments or Adjustments r termini/scope updates. |

Action Steps .

- Works with Project Managers and Project Teams to ensure these projects meet schedule delivery dates within matrix organization
- Develop action plans to ensure these projects meet schedule, are within scope and stay on budget
- Utilizes consultants as needed to meet schedule delivery commitments.
- Holds staff and/or consultants accountable to committed schedules.
- Begin project task(s) immediately upon authorization.
- Provides aerial survey, engineering design, technical guidance, and support services as needed.

- Supports Goal· Operational Goal 7-Transportation Project Delivery

End of Cycle Outcome Rating: Needs Improvement
Weight. 20%

Amin has met project scope, schedule, and budget for projects listed above so far during this performance cycle. He has provided technical expertise on projects as needed. Amin has also utilized consultants effectively to ensure projects are delivered on schedule. All Legislative projects that involve roadway lighting have been or are projected to meet letting dates.

Outcome Rating Justification:

**Interim 2**

Amin continues to meet schedules and provide technical guidance on projects. He utilizes consultants effectively and ensures they deliver projects on schedule. Projects he has delivered during this interim review are as follows:

## PIN 101419.03 - let on 10-04-24

## PIN 101558.00 - let on 6-21-24

## PIN 124683.03 - held PIH review on 8-15-24

## PIN 106982.00 - let on 10-04-24

## PINs 123071.00 & 100339.02 - lighting proposals were approved

Final Comments

Amin needs to improve on working with project teams. Project teams have expressed concern regarding Amin's behavior in meetings such as getting off subject by discussing irrelevant topics and his tone in talking to consultants He also needs to improve on communication such as email responses and how he responds to requests. Amin needs to understand that working with a team means decisions are based on the Team's input and not just what Amin says, especially when scope, schedule, and budgets are affected.

Updates on the following projects with PIN#: 101419.03 was let on 10-04-24, 101558.00 was let on 06-21-24, 124683.03 held PIH on 08-15-24, and 100339.02. The lighting proposals were approved for the following projects with PIN#: 123071.00 & 124749.00

PIN#106982.00 was let on 10-04-24.

Final Employee Comments: Final Comments

100326.02 Carroll County under construction, 101419.03 Hamblen under construction; 123071.00 Montgomery County in progress; 101558.00 Robertson County under construction; 106982.00 Rutherford County under construction; 100339.02 Shelby County under construction.

All the above projects met their due dates for letting.

| | | |
|---|---|---|
| Created By · | Template | 02/26/2024 11 00PM |
| Last Modified By | Scott Pate | 02/26/2025 1·32PM |

Work Outcome Statement :

During the FY23-24 performance cycle, ensures the Traffic Services Section provides engineering desig technical guidance, and support services to assist in delivery of all other programmatic projects (SIA, safet Resurfacing, Bridge Repair, etc.) scheduled for delivery within the fiscal year on schedule and within budg and scope.

**Work Outcome Rating Scale**

| | |
|---|---|
| Unsatisfactory Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 40% ol completed, turned in and authorized pri |
| Marginal Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 60% ol completed, turned in and authorized pri |
| Valued Performance | 1 For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 80% ol completed, turned in and authorized pri |
| Advanced Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2. For projects budgeted for ROW, 90% ol completed, turned in and authorized pri |
| Outstanding Performance | 1. For projects budgeted for Construction, completed, turned in and authorized for or earlier.<br>2 For projects budgeted for ROW, 95% ol completed, turned in and authorized pri 2024. |

Action Steps :

- Works with Project Managers and Project Teams to ensure these projects meet schedule delivery dates within matrix organization.
- Develop action plans to ensure these projects meet schedule, are within scope and stay on budget.
- Utilizes consultants as needed to meet schedule delivery commitments.
- Holds staff and/or consultants accountable to committed schedules.
- Begin project task(s) immediately upon authorization.
- Provides aerial survey, engineering design, technical guidance, and support

services as needed.

- Supports Goal: Operational Goal 7-Transportation Project Delivery

End of Cycle Outcome Rating. Needs Improvement
Weight: 20%

Amin has met project scope, schedule, and budget for all programmatic projects so far during this performance cycle. He has provided technical expertise on projects as needed. Amin has also utilized consultants effectively to ensure projects are delivered on schedule. All Programmatic Projects that involve roadway lighting have been or are projected to meet letting dates.

**Interim 2**

Outcome Rating Justification: Amin continues to meet project schedules for all programmatic projects during this performance cycle. He has provided technical expertise on projects as needed. Amin has also utilized consultants effectively to ensure projects are delivered on schedule. Project updates are as follows:

Project with PIN#101419.03 was turned-in on 06-05-24.

Project with PIN#101558.00 was let on 06-21-24.

Final Comments

Amin needs to improve on working with project teams. Project teams have expressed concern regarding Amin's behavior in meetings such as getting off subject by discussing irrelevant topics and his tone in talking to consultants He also needs to improve on communication such as email responses and how he responds to requests. Amin needs to understand that working with a team means decisions are based on the Team's input and not just what Amin says, especially when scope, schedule, and budgets are affected.

- Project with PIN#101419.03 was turned-in on 06-05-24.
- Project with PIN#101558.00 was let on 06-21-24.

Final Employee Comments: Final Comments

In less than one day I sent my comments to the director of Region2 Project Management regarding PIN#133134.00 Marion County and reminded him that AGI32 file/s are not submitted to Traffic Services.

| | | |
|---|---|---|
| Created By . | Template | 02/26/2024 11:00PM |
| Last Modified By ' | Scott Pate | 02/26/2025 1:32PM |

Lighting Program Oversight

Work Outcome Statement :

During the FY23-24 performance cycle, provides oversight to the Roadway Lighting Program within a matrix organization, ensuring statewide consistency and adherence to scope, schedule, and budget of all roadway lighting related projects.

Action Steps :

- Serve as the Roadway Lighting Program Specialist for the department to review and give approval of the Roadway Lighting program, including roadway lighting projects developed by consultants and inhouse for contract letting and in support of Design's projects.
- Provide technical expertise that ensures the contractual agreements, scope, schedule, budget, and quality of all roadway lighting projects support the delivery of the Department's Roadway Lighting Program.
- Ensure roadway lighting designs are in compliance with Federal and State roadway lighting design standards and specifications.

- Provide technical expertise to project teams, enhancing their understanding of roadway lighting elements and context sensitive designs.
- Conduct training sessions and/or workshops for project teams to enhance their understanding and proficiency in roadway lighting design.
- Maintain professional licensing requirements.

- Supports Goal: Operational Goal 5-Transportation System

End of Cycle Outcome Rating. Needs Improvement

Weight: 30%

Amin has provided oversight to the Roadway Lighting Program to ensure consistency across the state and ensure projects adhere to scope, schedule, and budget. He has provided technical support to project teams while helping team members better understand lighting concepts. Amin reviews plans and gives excellent feedback that ensures projects are designed in accordance with Federal and State traffic design standards.

Interim 2

Outcome Rating Justification: Amin continues to provide oversight to the Roadway Lighting Program to ensure consistency across the state and ensure projects adhere to scope, schedule, and budget. He has provided technical support to project teams while helping team members better understand lighting concepts. Amin reviews plans and gives excellent feedback that ensures projects are designed in accordance with Federal and State traffic design standards. Below are projects he has reviewed and provided comments for·

Provided comments on the following projects with PIN#: 131055.00 PIH Field review, 128165.00 & 123110.01 Local Programs & Community Investment projects, 124683.01 (Final PIH Plans), 124451.01 (Final PIH Plans), 133652.00 (Functional Plans), and 124671.00 (Concepts and scope).

Sent the format to be used by the contractors for the inspection report & funding for projects with PIN#: 132953.00 & for Greene County lighting upgrade at the interchange of 81 exit 23.

Final Comments

While Amin does provide technical comments for lighting plans, he needs to improve on how he communicates with project teams and consultants. He also needs to improve how he responds to Regional lighting questions and concerns such as the recent question on moving a light pole from Region 2. He needs to be more detailed in his email responses and keep his supervisor copied on all emails which he does not do.

Final Employee Comments:

- Provided comments on the following projects with PIN#: 131055.00 PIH Field review, 128165.00 & 123110.01 Local Programs & Community Investment projects, 124683.01 (Final PIH Plans), 124451.01 (Final PIH Plans), 133652.00 (Functional Plans), and 124671.00 (Concepts and scope).
- Sent the format to be used by the contractors for the inspection report & funding for projects with PIN#: 132953.00 & for Greene County lighting upgrade at the interchange of 81 exit 23.

Final Comments

Sent comments before due date for the following Projects PIN#125463.00 & PIN#115906 00.

| | | |
|---|---|---|
| Created By | Template | 02/26/2024 11·00PM |
| Last Modified By · | Scott Pate | 02/26/2025 1:32PM |

Update Technical Guidance Documents

Work Outcome Statement ·

## Update roadway lighting technical guidance documents to align with EPIC and PDN structures and FHWA requirements.

Action Steps :

- Update roadway lighting manuals and standard drawings to match Traffic Design Division and FHWA
- Update roadway lighting specifications to match Traffic Design Division and FHWA
- Establish and maintain roadway lighting proprietary agreements for local governments
- Participate in consultant procurement processes and engage in assessments for

Traffic Design Division consultant contracts.

- Supports Goal: Operational Goal 5-Transportation System

End of Cycle Outcome Rating: Meets Expectations

Weight: 15%

Outcome Rating Justification:

Amin has been working on updating the TDOT Lighting Manual and standard drawings which will be completed within the next couple of months. Lighting design constantly changes with new technologies and Amin keeps up with theses changes and incorporates them in to TDOT's design documents.

Interim 2

Amin continues to show that he is keeping up with new technology as he has been working on the new Lighting Manual which has been finalized and was submitted to Production Support on 8-26-24. He also submitted new and updated standard drawings to Production Support on 8-26-24. Amin has reviewed and commented on special provision 714 as well.

Final Comments

During this performance cycle, Amin worked on the new Lighting Manual which has been finalized and was submitted to Production Support on 8-26-24. He also submitted new and updated standard drawings to Production Support on 8-26-24. Amin has reviewed and commented on special provision 714 as well.

Final Employee Comments:

- The new Lighting Design manual was completed and turned to Production Services in Traffic Design on 08-26-24.
- Comments on 714 special provisions was sent on 05-21-24 and follow up email on 06-20-24 (one copy was sent to TDOT Construction Office).
- New and updated Standard drawings are completed and turned to Production Services on 10-14-24.

Final Comments

Working with TDOT Construction to update special provisions for Memphis & Nashville.

| | | |
|---|---|---|
| Created By: | Template | 02/26/2024 11:00PM |
| Last Modified By: | Scott Pate | 02/26/2025 12:50PM |

Professional Development

Work Outcome Statement

During the FY23-24 performance cycle, represents the Department and engages and participates in national committees and subcommittees and other professional organizations related to roadway lighting and identifies and implements best practices, technology and/or processes that add value to the Department.

Action Steps :

- Serve as AASHTO Roadway Lighting Committee Member and/or participate in relevant subcommittee meetings
- Work to implement best practices, technologies, and/or processes from committees and subcommittees
- Stay abreast of national best practices, technologies and topics of interest that would benefit TDOT. Communicate these to the Traffic Design Division members and Regional Traffic Design teams
- Develop action plans to implement changes in policy, procedures, or technology as a result of identified industry best practices.

- Supports Goal: Operational Goal 5-Transportation System

End of Cycle Outcome Rating: Meets Expectations

Weight: 15%

Amin has attended TSITE meetings and will be attending the IES Street and Area Lighting Conference in September. He keeps up with new technologies and best practices learned from these conferences and implements changes to TDOT policy as needed.

Outcome Rating Justification:

Interim 2

Amin has attended the IES Street & Area Lighting Conference in Atlanta September 22-25. He also attended the AASHTO sub-committee on lighting periodical meeting for 2024. Amin has also attended the virtual training webinars by Cooper & Eaton companies to keep up with the latest technologies for LED lighting

Final Comments

Amin has attended the IES Street & Area Lighting Conference in Atlanta September 22-25. He also attended the AASHTO sub-committee on lighting periodical meeting for 2024. Amin has also attended the virtual training webinars by Cooper & Eaton companies to keep up with the latest technologies for LED lighting.

Final Employee Comments:

- I attended IES Street & Area Lighting Conference in Atlanta between 22-25 of September.
- Attend the AASHTO sub-committee on lighting periodical meeting for 2024.
- I attended the virtual training webinars by Cooper & Eaton companies to keep up with the latest technologies for LED lighting.

Final Comments

Will conduct a one-day training in all four TDOT Regions starting with Region3 in 04-21-25 and ending in Region4 in 06-02-25.

| | | |
|---|---|---|
| Created By . | Scott Pate | 04/05/2024 3.32PM |
| Last Modified By . | Scott Pate | 02/26/2025 12:50PM |

Performance Planning, Observation & Feedback Summary

Rating: Needs Improvement

Summary Weight: 70% (not less than 70%)

## Section 3 - Competencies & Behaviors

Competency 1. Drive for Results

Competency Description:

Pursues everything with energy, drive, and a need to finish in order to achieve results
- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results
- Does not give up before finishing, even in the face of resistance or setbacks

End of Cycle Outcome Rating: Needs Improvement

Amin is passionate about roadway lighting and it shows in his energy and drive to deliver the safest and best designed projects for TDOT. He is very organized and works through any setbacks to complete projects on time.

Interim 2

Outcome Rating Justification: Amin is passionate about roadway lighting and it shows in his energy and drive to deliver the safest and best designed projects for TDOT. He promptly respond to questions and emails so projects are not delayed.

Final Comments

Amin has taken steps backward in his work over the last 6 months. He appears to not put full effort in his work now and does not work well in a team setting. This was evident when he submitted final plans for the Rutherford Co. project where did not check the plans well prior to turn in and the plans were sent back three times for corrections. He needs to drastically improve in this area if he is going to be successful moving forward.

-Project PIN#124263.01. The consultant-after two attempts of understanding my comments-reached out to me to understand the reason for placing two controls on the interchange and the number of circuit breakers inside the proposed lighting control box. After responding to him-by attaching Memo2202-and going in depth for the typical size of the control centers, he sent an email thanking me.

Final Employee Comments: -Coordinated with CAD staff in Engineering Division to meet their requirements for the updated standard drawings.

Final Comments

I am running a whole section without any assistance. I am doing my job and going beyond what is required from me. The only I am requesting other to let me do my job (which I love).

| | | |
|---|---|---|
| Created By | Scott Pate | 04/04/2024 3:53PM |
| Last Modified By . | Scott Pate | 02/26/2025 2.14PM |

## Competency 2: Integrity & Trust

*Competency Description:*

Follows through on commitments, and instills confidence that all words and actions are the truth
- Takes responsibility for personal actions
- Tells the truth regardless of the circumstances and is reliable
- Does not blame others
- Ensures alignment between words and actions
- Acts in the best interest of others and for the greater good of the organization

End of Cycle Outcome Rating. Unacceptable

Amin always takes responsibility for personal actions and is always truthful regardless of the circumstance. He always makes decisions in the best interest of TDOT and public safety.

Interim 2

Amin always takes responsibility for personal actions and makes decisions in the best interest of TDOT and public safety

Outcome Rating Justification:

Final Comments

Amin's performance in this area is unacceptable as sometimes what Amin says doesn't always align with actions This was evident on the Humphreys County project when Amin was asked about a proprietary agreement and Amin said he spoke with the utility company and County Executive and there is a proprietary agreement. However, when supervisor spoke to the County Executive, the executive stated that the utility company does not maintain the lighting and the County had no preference and therefore would be no proprietary agreement. This almost caused a letting move for the project as we had to request the designer to design using an alternate luminaire Amin also lacks accountability for his actions and tends to blame others Amin has also been asked to include his supervisor in all email correspondence which he still does not do. It appears he tries to "hide" some discussions from his supervisor Amin must improve in these area immediately.

Final Employee Comments:

-I reached out to region1 utility office to respond to a citizen complaint about non-energized existing light poles near the I-75 (Exit 129) location is in or near Rocky Top Region1 utility is contacting the local utility company/the maintaining agency to resolve the issue.

-Helped another citizen-who reported light not working on SR-317 & SR-321-in region2, by contacting EPB (the maintaining agency)

Final Comments

My work ethics for more than 27 years tells the truth about my words and actions I send and reply to emails after working hours due to the fact that I had the Flu for more than 3 weeks. I couldn't let my sickness delay responses to emails from consultants, cities and utility companies.

| | | |
|---|---|---|
| Created By . | Scott Pate | 04/04/2024 3 53PM |
| Last Modified By . | Scott Pate | 02/27/2025 10 48AM |

Competency 3: Customer Focus

Competency Description.

Makes customers and their needs a primary focus
- Meets the expectations and requirements of internal and external customers
- Gets first-hand customer information and uses it for improvements in products and services
- Demonstrates active listening skills with customers
- Establishes and maintains effective relationships with customers and gains their trust and respect
- Responds to customer feedback, criticisms, complaints, and takes appropriate actions

End of Cycle Outcome Rating: Needs Improvement

Amin maintains effective relationships with both internal and external customers. He listens to customers and responds to feedback with appropriate action. The only suggestion I have is for him to work on controlling his emotions in meetings.

Interim 2

Amin continues to maintain effective relationships with both internal and external customers. He listens to customers and responds to feedback with appropriate action. He needs to continue to work on controlling his emotions when conflict arises.

One example of Amin interacting with a customer is as follows:

Outcome Rating Justification: "Project PIN#124263.01. The consultant-after two attempts of understanding my comments-reached out to me to understand the reason for placing two controls on the interchange and the number of circuit breakers inside the proposed lighting control box. After responding to him-by attaching Memo2202-and going in depth for the typical size of the control centers, he sent an email thanking me."

Final Comments

There have been multiple complaints as to how Amin communicates with some consultants and how he acts in meetings. He tends to interrupt others in meetings when he wants to get his point across and derails meetings with irrelevant discussions. This was also evident in how the proprietary agreement was handled on the Humphreys County project as stated

previously.

PIN#132352.00 Anderson County; contacted Local Programs & Community Investment Division to see if funds from the Carbon Reduction can be used for this project.

Final Employee Comments: Final Comments

I assisted Region3 Utility Manager to respond to local utility company regarding the power supply, voltage to be provided and a single or 3-phase voltage.

Created By : Scott Pate 04/04/2024 3:53PM

Last Modified By Scott Pate 02/26/2025 2.14PM

Competencies & Behaviors Summary

Rating: Needs Improvement

Summary Weight: 30% (not less than 30%)

## Section 4 - Overall Performance Rating

Overall Performance Rating. Needs Improvement

## Section 5 - Signatures

Employee - Amin Salman

Date

Rater - Scott Pate

Date

Reviewer

Date

Appointing Authority

Date

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History Individual Performance Plan | | |
|---|---|---|
| Created By : | ERP BATCH | 02/26/2024 11:00 PM |
| Approved By : | Amin I Salman | 04/16/2024 9:35 AM |
| **Interim 1** | | |
| Completed By : | Scott O Pate | 07/25/2024 2:10 PM |
| **Interim 2** | | |
| Completed By : | Scott O Pate | 10/29/2024 12:58 PM |
| **Annual** | | |
| Employee Review Completed By : | Amin I Salman | 02/24/2025 8:54 AM |
| Submit for Approval By : | Scott O Pate | 02/27/2025 10:51 AM |
| Approved By Reviewer : | Andrew Barlow | 02/27/2025 11:13 AM |

STATE OF TENNESSEE
DEPARTMENT OF TRANSPORTATION
TRAFFIC DESIGN DIVISION
SUITE 1800, JAMES K POLK BUILDING
505 DEADERICK STREET
NASHVILLE, TENNESSEE 37243-1402
(615) 253-1122

BUTCH ELEY
DEPUTY GOVERNOR &
COMMISSIONER OF TRANSPORTATION

BILL LEE
GOVERNOR

## MEMORANDUM

**TO:** Amin Salman, Statewide Transportation Engineer

**FROM:** Scott Pate
TDOT Manager
Traffic Design Divison

**DATE.** March 3, 2025

**SUBJECT:** **Written Warning**
Amin Salman
Statewide Transportation Engineer
Employee ID 00161133

This is a written warning due to your violation of the following Department of Human Resources (DOHR) rules and/or TDOT Policies

- DOHR 1120-10- 03 (1) Inefficiency in the performance of duties,
- DOHR 1120-10- 03 (3) Negligence in the performance of duties,
- DOHR 1120-10-.03 (6). Failure to maintain satisfactory and harmonious working relationships with the public and fellow employees
- DOHR 1120-10- 03(15). Participation in any action that would in any way seriously disrupt or disturb the normal operation of the agency, institution, department, or any other segment of state service or that would interfere with the ability of management to manage
- DOHR 1120-10- 03 (21)· Refusal to accept a reasonable and proper assignment from an authorized supervisor (insubordination)

Specifically

- On January 10, 2025, you attended a meeting on the SR-48, Trenton Road, project with Region 3 staff as well as consultants from HMB and Neel-Schaffer. During the meeting and with both consultant firms on the call, you called out Richard Sullivan, an employee of Neel-Schaffer, as being hard to work with This behavior is unharmonios, furthermore, your attitude toward the consultant team was unprofessional in tone and demeaning. This behavior does not exemplify the team first mindset that is expected of the division and of the department as a whole
- On January 24, 2025, there was an email exchange that brought to light issues of inefficiency, negligence and insubordination of duties Concerning the Humphreys County project (PIN 133447 00), the project nearly did not make the assigned turn-in due to an unwillingness to meet the requirements of specifying more than one lighting product type. You stated it was not feasible to design for another lighting type, which would have jeopardized the letting date. Due to your unwillingness to work as part of the team, Scott had to step in to discuss matters with the rest of the project team. Not only were we able to design for another lighting type, but we also were able to keep it in the assigned letting turn-in. Proprietary agreements were previously discussed with you on December 4, 2024 after questions arose from Brian Egan on another project and Brian's email explaining the process.
- Furthermore on the Humphreys County project, instead of being accountable for your responsibilities, your unharmonious behavior deflected the issue to accuse the County Mayor of specifying Holophane lights so that he could win the job for his electrical contracting company Through conversations with the Mayor from multiple other TDOT personnel, it is false that he ever wanted or specified using Holophane lights Even in his letter, he stated he was "not opposed" to specifying one product type

- On January 27, 2025, Scott asked you to come to his office and talk about a couple emails You immediately said "No" and "I am busy". This insubordinate reaction has happened several times over the last 6 months Your demeanor changes when Scott approaches you to discuss anything and you do not come to Scott for any guidance when you have questions or concerns You ask anyone but Scott This also pertains to purposely not copying Scott on all emails as he has asked This refusal to communicate and defiance of instructions is insubordination and will not be tolerated

This behavior is seriously disrupting the normal operation of the department, and interfering with the ability of management to manage You are hereby warned that further actions on your part, such as those indicated in this memorandum, cannot and will not be tolerated If future issues of this kind occur, you may receive additional disciplinary action, up to and including dismissal from state employment

You may submit a request for review of this written warning to Commissioner Butch Eley, Suite 700, James K Polk Bldg , 505 Deaderick Street, Nashville, TN 37243, no later than fourteen (14) calendar days of receipt of this written warning Your request for review must be in writing and should include documentation of any mitigating circumstances and all other information causing you to believe that this warning is undeserved.

This written warning will remain in your official personnel file for two (2) years If there are no further disciplinary actions with respect to the same area of performance within the next two (2) years, you may provide a written request to expunge this written warning from your official personnel file The request to expunge the written warning should be sent to. TDOT Human Resources, Employee Relations, Suite 400 James K Polk Building, Nashville, TN 3243 The form to submit is located on TransPortal on the Human Resources page under Human Resources Forms

If you have any questions concerning this written warning, you may contact TDOT Human Resouses by emailing TDOT.HR@tn gov or the Tennessee Department of Human Resources at (615) 741-1646

REFUSED TO SIGN
Employee Signature

3/3/25
Date

Andy Barlow
Scott [signature]

Cc: Joseph Galbato II
Delaine Linville
Jessica Starling
Jennifer Greathouse
Lori Lange
Shane Hester
Andrew Barlow

**STATE OF TENNESSEE**
**DEPARTMENT OF TRANSPORTATION**
**TRAFFIC DESIGN DIVISION**
SUITE 1800, JAMES K POLK BUILDING
505 DEADERICK STREET
NASHVILLE, TENNESSEE 37243-1402
(615) 253-1122

BUTCH ELEY
DEPUTY GOVERNOR &
COMMISSIONER OF TRANSPORTATION

BILL LEE
GOVERNOR

## MEMORANDUM

**TO:** Amin Salman, Statewide Lighting Engineer, Employee ID 00161133

**FROM:** Scott Pate
Traffic Services Manager
Traffic Design Divison

**DATE:** December 11, 2024

**SUBJECT:** Written Follow-up to an Oral Warning

Please be advised that this letter serves as a written follow-up to the oral warning you received on December 11, 2024 as a result or your violation of the following Department of Human Resources (DOHR) rules and/or TDOT Policies

- DOHR 1120-10- 03 (3) Negligence in the performance of duties,
- DOHR 1120-10- 03 (6) Failure to maintain satisfactory and harmonious working relationships with the public and fellow employees
- DOHR 1120-10- 03(15) Participation in any action that would in any way seriously disrupt or disturb the normal operation of the agency, institution, department, or any other segment of state service or that would interfere with the ability of management to manage
- DOHR 1120-10- 03 (21) Refusal to accept a reasonable and proper assignment from an authorized supervisor (insubordination)

Specifically

- On July 18th, 2024, you participated in a Teams meeting with Region 3 and other staff from HQ You became angry during the meeting, raised his voice, and immediately left the call without warning The issues presented were related to coordinating two different projects One was tracking through Region 3 Project Management, and the other, a lighting project, was still managed by you Furthermore, there were performance issues with you lighting project not being a complete set of plans and meeting the PDN requirements
- On October 22, 2024, you did not show up to an in person All-Staff Meeting When asked after the meeting why you were not in attendance, you stated that you did not want to attend the meeting because you might say something that others would not like
- On November 18th, 2024, you became frustrated at being told to wait to eat at an all-staff lunch until all employees were present You then threw your food back in the container, walked off to your office, and never returned to the event
- On December 11th, 2024, you sent an email to Hunter Dykes requesting a Traffic Management Plan for signature Hunter replied and directed you to send the form to the correct person, Melissa Cannon You replied back to Hunter and told him to send it to Melissa Scott Pate then met with you to ensure this was sent to the correct person You then got angry and raised your voice at Scott Scott then told you your attitude needed to change You then said "I do not care" and to "fire me " After that statement, you said "I am leaving" Scott said that you could leave if you wanted

I am confident that you can correct the issue(s) addressed above and that there will be no further issues of this nature in the future However, note that should further issues in this area arise, further disciplinary action may be taken, up to and including dismissal

Employee Signature

Date

Mr. Salman,

Your turned in your notification to your leadership of your intent to retire with a last working date of 7/31/25. You have talked with multiple people in HR and I have offered to sit down an go over this process. I am going to schedule some time today for us to meet so I can provide you with clear guidance. You will be seeing an invite shortly for this afternoon.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p 615-532-3788 Fax. 615-253-1477
kenna l stephens@tn gov

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Monday, March 17, 2025 11:32 AM
**To:** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Subject:** Re: Acceptance of Retirement

Kenna,
I do not want to retire.
I was talking to Marlene and Kristen to check my sick leave and if I want to use the time now or convert it to months of service. Marlene told me that every 20 days of sick equals one month of service. And asked her about the fraction; let's say I have 25 days so the 20 days will be one month and the five days will be added as a fraction of a month.

Amin Salman, PE, EDD

Statewide Lighting Trans. Engineer

James K Polk Bldg, Suite 1800

505 Deaderick Street, Nashville, TN 37243

p. 615-253-4833

## Amin Salman

**From:** Amin Salman
**Sent:** Friday, June 27, 2025 12:17 AM
**To:** Juan Williams
**Subject:** Separation Notice
**Attachments:** Did things change in TDOT HR after 27+ years?; Separation Notice - Amin I. Salman, Sep Notice - Amin I Salman 00161133 pdf

The honorable Director,
"Am I going to have another disappointment because I wrote this email?" The answer is yes.
To leave in good standing an employee needs to give two weeks' notice. I was given less than a week.
Thank you, Mr. Director.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn gov

TN TDOT Department of Transportation

## Amin Salman

**From:** Amin Salman
**Sent:** Wednesday, December 11, 2024 9 28 AM
**To:** Kenna L. Stephens
**Subject:** My manager is asking me to leave
**Attachments:** Re. 131055.00 Rutherford Co. Interchange Lighting Project at Joe B. Jackson Parkway. TMP-PS&E

Kenna,
I want to file a complaint against my manager Scott Pate. Less than ½ an hour ago he came to my office and said, "you have an attitude, and nobody wants to work with you and you need to leave".
This is because I reached out to Mr. Hunter from Region 3 to sign the TMP for PS&E phase for Joe Jackson project PIN#131055.00. Mr. Hunter signed the TMP for the same project but for the Plan In hand phase. When Scott told me that "Hunter is not the person to sign the TMP", I answered "He already signed it, but he wants District 39 person to sign it", please see the attached email. And I showed him Mr Hunter signature.
I've been here more than 26 years, and I never heard this comment from any of my previous managers, or supervisors
This is the second time that he is insulted me.
Please let me know if more files and documents are needed.

Thank you,

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

## Amin Salman

**From:** Amin Salman
**Sent:** Wednesday, December 11, 2024 11 47 PM
**To:** Kenna L. Stephens
**Cc:** Jennifer Greathouse
**Subject:** RE My manager is asking me to leave
**Attachments:** 131055.00 Joe B Jackson Letting 03-21-25 PNG, Book-Cover-02 (4) jpg, EXTERNAL Your flight receipt from Priceline (Trip# 657-526-545-18) msg

Kenna,
At 2:14 pm the director Andy Barlow came to my office and asked me to come to his office where my manager Scott Pate was already there. Any told me that "he will give me a verbal warning on Monday" (because I work from the office Monday, Tuesday, and Wednesday. He gave three reasons for that: I came out of a virtual meeting in July of this year. The meeting was held by region3 project development to discuss the Roadway Part of the project for Joe B Jackson & I - 24 interchange. I had a discussion with the statewide signal engineer-Steve Bryan my previous manager-about bundling the lighting project with the roadway improvement project (Buc-ee's is coming to this interchange in 2025). My stand is that if the roadway designer is finished with his project before the Turn in Date of 01-08-2025, then we can bundle the two projects. If they are not finished, then my lighting project will move along. I was told by Mr. Jim Kerr of the City of Murfreesboro, that the roadway project was taken away from TDOT and Buc-ee's consultant-Kimley-Horn-will design the roadway improvement. And I told my manager Scott about what I did, because the two of them did not attend the meeting.
The second reason is that I left the Thanksgiving dinner that our division had without waiting for the speeches-by two directors: Andy and Josh (Traffic Ops Director)!. The third reason is that I did not attend the "All Staff Meeting" and told Scott that "I don't want to attend, because I may say something that may be upsetting to some attendees"!? I told Any that my previous manager-Steve Bryan-said that attending these meeting is not compulsory. Andy said he will check into this! I told him also, that American Airlines refused to refund my ticket (when I reserved the ticket-$678.03 and attached-to attend DALI conference in NY at the end of October that he disapproved it)
I stood up and asked to leave because my manager called me "a liar". I told him "I am 66 years old, my name means honest in Arabic, and nobody in TDOT or outside TDOT called me that for more than 26 years". Scott asked Andy to read a policy about why they are given me a verbal warning. I said to Andy "please email it to me, because I want to leave [it was 2:31 pm and I leave at 2:30 when I work from the office].
I take very seriously calling me a liar. Amazon is publishing my first book-cover attached-by the end of this month. I will have a signing book ceremony at Barnes & Noble in Brentwood on Saturday 02-13-2025.

Thank you,

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

**From:** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Sent:** Wednesday, December 11, 2024 10.44 AM
**To:** Amin Salman <Amin.Salman@tn.gov>
**Cc:** Jennifer Greathouse <Jennifer.Greathouse@tn.gov>
**Subject:** RE: My manager is asking me to leave

Good Morning Mr. Salman,

Appreciate you reaching out. I am going to bring in our Employee Relations manager, Jennifer Greathouse, into this email chain. Will be in touch.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K  Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p  615-532-3788  Fax  615-253-1477
kenna l stephens@tn.gov

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Wednesday, December 11, 2024 9:28 AM
**To:** Kenna L. Stephens <Kenna.L Stephens@tn.gov>
**Subject:** My manager is asking me to leave

Kenna,
I want to file a complaint against my manager Scott Pate. Less than ½ an hour ago he came to my office and said, "you have an attitude, and nobody wants to work with you and you need to leave".
This is because I reached out to Mr. Hunter from Region 3 to sign the TMP for PS&E phase for Joe Jackson project PIN#131055.00. Mr  Hunter signed the TMP for the same project but for the Plan In hand phase. When Scott told me that "Hunter is not the person to sign the TMP", I answered "He already signed it, but he wants District 39 person to sign it", please see the attached email. And I showed him Mr. Hunter signature.
I've been here more than 26 years, and I never heard this comment from any of my previous managers, or supervisors.
This is the second time that he is insulted me.
Please let me know if more files and documents are needed

Thank you,

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn.gov

TDOT
Department of Transportation

## Amin Salman

**From:** Amin Salman
**Sent:** Friday, May 2, 2025 8 10 AM
**To:** Juan Williams
**Subject:** Did things change in TDOT HR after 27+ years?
**Attachments:** Salman Separation and Retirement, RE· Performance Management Procedural Steps, RE Acceptance of Retirement; RE Acceptance of Retirement, RE. Acceptance of Retirement, Acceptance of Retirement, RE Retirement Application Guide, I was written up for something I did not do, RE My manager is asking me to leave, Performance Management Procedural Steps, Jennifer Greathouse-Amin png, Is it True that IPP Policy was not violated by my manager?, RE Private and confidential· Written up for something that is untrue and unfounded, DOHRPolicy12-064.pdf

Good morning.
In 2002 Mr. Ken Becker-TDOT HR Director-called me to his office and told me "That TDOT ran a background check on me (5 months after 9/11), and everything came o.k." I answered: After 5 years of working with TDOT, you ran a background check on me without my knowledge?!" And if the results came bad, then I will be with my family on Nashville streets".
Last year, my manager with my director gave me a verbal warning for no reasons except a difference of opinion in handling a very marginal matter (sending the Traffic Management Plan-TMP-for regional staff to get their signatures). Again, March 3rd-one day after my probation was over-they gave a written warning (and again for technical matter that is not detrimental to the project or the people who are involved in it)! And my manager gave a "needs improvement " rating for the 2024-2025 period (without discussing any plans to help me get out of this rating until now).
I talked to everybody in TDOT-please see the attached emails-and Mr. Shane the executive director over Traffic Design with no use. Did things change in TDOT after 27+ years and I am the only one in the whole department that handles roadway lighting (that's why they brought me to Traffic Operations Division in 2017).
My feeling is: A manager-who came to HQ two years ago-can fire me and ruin my life and my family life if he had a bad day and decides to do so and forget about all the rules that govern TDOT employees.
Am I going to have another disappointment because I wrote this email?

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p 615-253-4833
Amin Salman@tn.gov

TN TDOT Department of Transportation

## Amin Salman

| | |
|---|---|
| **From:** | Amin Salman |
| **Sent:** | Monday, March 17, 2025 11:55 AM |
| **To:** | Kenna L. Stephens |
| **Subject:** | Re: Acceptance of Retirement |

Kenna,
I am not retiring.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

---

**From:** Kenna L Stephens <Kenna.L.Stephens@tn.gov>
**Sent:** Monday, March 17, 2025 11:45 AM
**To:** Amin Salman <Amin.Salman@tn.gov>
**Subject:** RE: Acceptance of Retirement

Mr. Salman,

Your turned in your notification to your leadership of your intent to retire with a last working date of 7/31/25. You have talked with multiple people in HR and I have offered to sit down an go over this process. I am going to schedule some time today for us to meet so I can provide you with clear guidance. You will be seeing an invite shortly for this afternoon.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p 615-532-3788 Fax 615-253-1477
kenna.l.stephens@tn.gov

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Monday, March 17, 2025 11:32 AM
**To:** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Subject:** Re: Acceptance of Retirement

Kenna,
I do not want to retire.
I was talking to Marlene and Kristen to check my sick leave and if I want to use the time now or convert it to months of service. Marlene told me that every 20 days of sick equals one month of service. And asked her about the fraction; let's say I have 25 days so the 20 days will be one month and the five days will be added as a fraction of a month.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin Salman@tn.gov

TN TDOT Department of Transportation

---

**From:** Kenna L. Stephens <Kenna.L.Stephens@tn gov>
**Sent:** Monday, March 17, 2025 11:26 AM
**To:** Amin Salman <Amin Salman@tn gov>
**Subject:** RE: Acceptance of Retirement

Mr. Salman,

From what Kristen Lynch told me is you asked about the TCRS retirement application being completed by paper and that is something you must contact TCRS directly for and request, TDOT cannot provide paper copies. That is an outside process with another agency. At this time, the TCRS application cannot be submitted more than 5 months prior and no less than 3 months out of your last working day of 7/31/25. It is right in that time period and if you have not filled out the TCRS application please do so as soon as possible, it can take TCRS between 60-90 days before giving approval and providing you with a detailed plan of when the first payment will begin.

The below is just a confirmation that you completed the Notice of Retirement form which has been turned it into Scott. Our Separation policy states that the supervisor must submit to TDOT HR an employee's Notice of Resignation or Retirement as soon as they receive this document, letter or email indicating ending of employment. The below email is acknowledging we received/accepted and have a copy on file of your email for us to process when the time comes. This is a standard practice we do with all.

I hope this clarifies.

All other TDOT property (e.g. ID Badge, parking decal, Swipe & Ride pass, equipment, etc) should be turned in on the last day working as well. The number of days you work in office during your last two weeks will be determined by your supervisor.

If you have any questions, please reach out.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p 615-532-3788 Fax. 615-253-1477
kenna l.stephens@tn gov

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p 615-532-3788 Fax 615-253-1477
kenna l stephens@tn gov

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Monday, March 17, 2025 11.02 AM
**To:** Kenna L Stephens <Kenna L Stephens@tn gov>
**Subject:** Re: Acceptance of Retirement

Kenna,
I did not submit any retirement paper. The form I sent to Scott was not complete and I talked to Kristen and she said to file a paper copy.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amin Salman@tn.gov

TN TDOT Department of Transportation

---

**From:** Kenna L. Stephens <Kenna.L Stephens@tn gov>
**Sent:** Monday, March 17, 2025 10·56 AM
**To:** Amin Salman <Amin Salman@tn gov>
**Subject:** Acceptance of Retirement

Good Morning Mr. Salman,

TDOT HR has received and accepted your Notice of Retirement with a last working day of 07/31/2025, including your election of a Lump sum payment for any annual/comp leave balances.

As a reminder, annual leave cannot be taken during the last two weeks working unless it was pre-approved, and sick leave should not be approved unless a doctor's note is submitted. Attached is a copy of the Separation Policy for reference.

## Amin Salman

**From:** Hannah O. Lewis
**Sent:** Monday, November 18, 2024 3.54 PM
**To:** Hannah O Lewis
**Subject:** RE: Thanksgiving Potluck - Traffic Design and Traffic Operations Division

Hello everyone,

If you are on this email, I haven't heard back from you yet regarding your attendance at the Thanksgiving Potluck this Wednesday. If you can please confirm your attendance by shooting me an email or accepting/rejecting the meeting invite before 12:00 pm tomorrow – that would be great! This will allow me to make sure we have the right number of chairs to accommodate everyone.

If you are attending and would like to sign up for a dish to bring, please either email that to me as well, or sign up on the list at the link below! This will help me figure out what holes we have in our menu that we'd like to fill with the cash donations.

Link: Thanksgiving Potluck Sign-Up Sheet.docx

Thanks very much,

Hannah

**From:** Hannah O Lewis
**Sent:** Thursday, November 14, 2024 1.45 PM
**To:** Abdulrahman Abbas <Abdulrahman.Abbas@tn.gov>; Amin Salman <Amin.Salman@tn.gov>; Amy Fiscor <Amy.Fiscor@tn.gov>; Andrew Barlow <Andrew Barlow@tn.gov>; Brandon Darks <Brandon.Darks@tn.gov>; Bridgett Choate <Bridgett.Choate@tn.gov>; Cam Morris <Cam.Morris@tn.gov>; Christopher Armstrong <Christopher.Armstrong@tn.gov>; David Utley <David.Utley@tn.gov>; Debra Hussey <Debra.Hussey@tn.gov>; Di Zhu <Di.Zhu@tn.gov>; Dumbiri Odia <Dumbiri.Odia@tn.gov>; Eric Jackson <Eric.Jackson@tn.gov>; Gena Gilliam <Gena.Gilliam@tn.gov>; Greg Hamilton <Greg Hamilton@tn.gov>; Gregory Dyer <Greg.Dyer@tn.gov>; Jason Quicksall <Jason.Quicksall@tn gov>; Jeff Murphy <Jeff.Murphy@tn.gov>; Jeremy Bowlan <Jeremy.Bowlan@tn.gov>; Jonathan 2. Smith <Jonathan.2.Smith@tn gov>; Jordan Burress <Jordan.Burress@tn.gov>, Khuzaima Mahdi <Khuzaima.Mahdi@tn.gov>; Mary D. McFarlin <Mary.D.McFarlin@tn.gov>; Matthew Givens <Matthew.Givens@tn.gov>; Michelle Hunt <Michelle.Hunt@tn.gov>, Michelle Nickerson <Michelle.Nickerson@tn.gov>; Mike Updike <Mike.Updike@tn gov>; Namri Vera <Namri.Vera@tn.gov>; Rachel Miller <Rachel.Miller@tn.gov>; Scott Pate <Scott.Pate@tn.gov>; Stanley Trice <Stanley.Trice@tn gov>; Steena Chamberlain <Steena.Chamberlain@tn.gov>; Steve Bryan <Steve.Bryan@tn.gov>; Tom Every <Tom.Every@tn.gov>, Will Stokes <Will.Stokes@tn.gov>; Xiaoyang Jia <Xiaoyang.Jia@tn.gov>, Adam Perez <Adam.Perez@tn.gov>; Amy Bailey <Amy.Bailey@tn.gov>; Endalkachew Belay <Endalkachew.Belay@tn.gov>; Humayra-Kabir Priyanka <Humayra-Kabir.Priyanka@tn.gov>; Joshua Brown <Joshua.Brown@tn.gov>; Lee J. Smith <Lee.J.Smith@tn.gov>; MDRakibul Islam <MDRakibul.Islam@tn.gov>
**Subject:** RE: Thanksgiving Potluck - Traffic Design and Traffic Operations Division

Hello everyone,

I've been asked a few times if we will be accepting cash for the Thanksgiving potluck next Wednesday. If you would rather bring in $5-10 in cash to contribute to the potluck instead of a food item, please drop it off with me at my cubicle on Monday or Tuesday of next week. We will purchase items to supplement the sign-up list and fill in any gaps to ensure a nice spread.

Directions – Get off elevators on 18th floor, walk through kitchen, take an immediate right, and I will be the first cubicle on your left

Let me know if you have any questions.

Thanks very much,

Hannah

-----Original Appointment-----
**From:** Hannah O. Lewis
**Sent:** Wednesday, November 13, 2024 8:44 AM
**To:** Abdulrahman Abbas, Amin Salman, Amy Fiscor; Andrew Barlow, Brandon Darks, Bridgett Choate; Cam Morris; Christopher Armstrong; David Utley; Debra Hussey; Di Zhu; Dumbiri Odia; Eric Jackson, Gena Gilliam; Greg Hamilton; Gregory Dyer; Jason Quicksall; Jeff Murphy; Jeremy Bowlan; Jonathan 2 Smith; Jordan Burress; Khuzaima Mahdi; Mary D. McFarlin; Matthew Givens; Michelle Hunt; Michelle Nickerson; Mike Updike, Namri Vera, Rachel Miller; Scott Pate; Stanley Trice; Steena Chamberlain, Steve Bryan, Tom Every; Will Stokes; Xiaoyang Jia; Adam Perez; Amy Bailey, Endalkachew Belay; Humayra-Kabir Priyanka; Joshua Brown; Lee J. Smith; MDRakibul Islam
**Subject:** Thanksgiving Potluck - Traffic Design and Traffic Operations Division
**When:** Wednesday, November 20, 2024 12:00 PM-1:00 PM (UTC-06.00) Central Time (US & Canada).
**Where:** JJ_TDOT_Conf_Room_18W

Hello everyone,

Traffic Design and Traffic Operations Divisions are celebrating Thanksgiving with a potluck on November 20th, 2024, at 12:00 pm! Please bring in a favorite savory or sweet dish to share with everyone. I have created a sign-up sheet accessible at the link below. There is also one posted on the fridge in the breakroom.

We hope to see you there!

Link: Thanksgiving Potluck Sign-Up Sheet docx

Please let me know if you have any questions.



Thanks!

| | |
|---|---|
| **From:** | Marlene K Holland |
| **To:** | Amin Salman |
| **Cc:** | Kristen Pritchett |
| **Subject:** | [State of Tennessee - Benefits Administration] Re Amin Salman |
| **Date:** | Thursday, June 26, 2025 9 32 23 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Hi Amin,

Please read the BA email below. Let us know if you have other questions. Thanks.

TN TDOT


Marlene Holland
Human Resources Generalist III
Department of Transportation
Office 615-532-3790
Fax 615-253-1477

Marlene.K.Holland@tn.gov



This transmission, regardless of modality, contains confidential information and may be subject to Protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA) If you are not the intended recipient, or an authorized agent for the intended recipient, you are hereby notified that use, such as but not limited to disclosure, coping, or distribution, is PROHIBITED! Please

destroy any and all copies immediately and notify the sender of this erroneous receipt


Peggy (State of Tennessee - Benefits Administration)

Good morning, Marlene/Kristen.

RE: **Amin Salman 00161133**

**Amin is enrolled in the FSA Medical account with a pledge of $3,200. All of the pledge is available to him for eligible expenses he has incurred from January 1 thru July 1, 2025. His plan terminated on 7-1-2025.**

**His total employee contributions are $1,599.98. These are the funds out of his own payroll and if not claimed would be forfeited.**

**NOTE: The full pledge is available for expenses. If he claims the full amount, he is not liable for the difference between what he contributed and the amount he did not contribute. The state absorbs the loss.**

**When the plan terminated he has 90 days to submit his claims to Optum. His deadline for submission is 9-29-2025.**

**Any eligible claims not submitted by 9-29-2025; will be denied. Any contribution left in the account will be forfeited.**

**As of 7-1-2025 his debit card will no longer work.**

**He should contact Optum with any additional questions.**

Have a great rest of your day!

Peggy
ZD1103134

Peggy Birthrong
Insurance Benefits Specialist
Benefits Administration
1900 WRS Tennessee Tower
312 Rosa L Parks Ave
Nashville, TN 37243
F 615-741-8196
tn gov/finance

More questions? Please visit our Help Center at
https.//benefitssupport.tn.gov/hc/en-us
to search the knowledge base Or, try out the chat feature by clicking on the green Help box located at the bottom left

Marlene Holland

Good morning Peggy Birthrong,

Our EE Amin Salman 00161133 has asked about his Flex account that has $1450

He has indicated this is for the whole 2025 year and wants to know how much of that is he entitled to and how does he go about getting access to it?


Marlene Holland
Human Resources Generalist III
Department of Transportation
Office 615-532-3790
Fax 615-253-1477

Marlene.K.Holland@tn.gov



This transmission, regardless of modality, contains confidential information and may be subject to
Protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA) If
you are not the intended recipient, or an authorized agent for the intended recipient, you are hereby
notified that use, such as but not limited to disclosure, coping, or distribution, is PROHIBITED! Please
destroy any and all copies immediately and notify the sender of this erroneous receipt


Did you know you can find information and answers to frequently asked questions on our website (www.tn.gov/partnersforhealth) and our Help Center (www.benefitssupport.tn.gov)?


This transmission, regardless of modality, contains confidential information and may be subject to protection under the law, including the Health Insurance Portability and Accountability ACT (HIPAA) If you are not the intended recipient, or an authorized agent for the intended recipient, you are hereby notified that use, such as but not limited to disclosure, copying, or distribution, is PROHIBITED! Please destroy any and all copies immediately and notify the sender of this erroneous receipt.

[illegible] Zendesk

Outlook

# Amin Salman EID 00161133

**From** Jennıfer Greathouse <Jennifer.Greathouse@tn.gov>
**Date** Mon 6/9/2025 12:50 PM
**To** Amin Salman <Amin.Salman@tn.gov>

1 attachment (45 KB)
Complainant Determinatıon Letter A. Salman 5.30.25.pdf;

Mr. Salman.

Please find enclosed Investigation Closure Letter. Please direct questions you may have to TDOT Human Resources or TDOT Civil Rights Division.

Regards,

TDOT

Jennifer Greathouse | HR Business Partner I
Human Resource Division
7512 Volkswagen Drive
Chattanooga, TN 37[illegible]16
(423) 510-1136, Fax (423) 899-1636
Email [illegible]

TN TDOT
Department of Transportation

# INTAKE/REFERRAL FORM STATEMENT CONCERNING CONFIDENTIALITY

**Pursuant to Tennessee Code Annotated §10-7-503(a)(2)(A) "all state . . . records . . . shall at all times, during business hours, be open for personal inspection by any citizen of Tennessee, and those in charge of such records shall not refuse such right of inspection to any citizen, unless otherwise provided by state law." Accordingly, the State cannot and does not guarantee the confidentiality of this document or any notes, files, reports, or other documents, whether created by the State or received from the complainant, accused, or witnesses.**

NAME OF COMPLAINANT OR PERSON REPORTING EVENT:

Amin Salman

TELEPHONE NUMBERS OF COMPLAINANT OR PERSON REPORTING EVENT: WORK:

615-253-4833

HOME: N/A

IS YOUR HOME TELEPHONE NUMBER UNLISTED? YES ________ NO _____

MOBILE: 615-474-2974

NAME OF AGENCY AND DIVISION INVOLVED:

Traffic Design

NAME OF PERSON(S) WHO ALLEGEDLY DISCRIMINATED AGAINST YOU OR HARASSED YOU?

Scott Pate & Andy Barlow

RELATIONSHIP OF ALLEGED ACCUSER TO YOU (E.G., DIRECT SUPERVISOR, CO-WORKER):

Manager & Director

DATE OF EARLIEST OCCURRENCE OF EVENTS?

12/11/2024

DATE OF LATEST OCCURRENCE OF EVENTS?

03/03/2025

HOW WERE YOU DISCRIMINATED AGAINST (E.G. DISCIPLINARY ACTION, PROMOTION, DEMOTION, HOSTILE ENVIRONMENT)?

Disciplinary Action & Hostile Environment

EXPLAIN AS CLEARLY AS POSSIBLE WHAT HAPPENED, INCLUDING WHO DID WHAT, WHERE IT HAPPENED, WHO WAS INVOLVED, ETC PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

Pls see the emails to TDOT Employee Relations, And the Verbal Warning I received

EXPLAIN WHY YOU BELIEVE THESE EVENTS OCCURRED:

For Some Reason it is very Clear that Mr. Scott wants to assert his bossiness (that he is my manager and I should bow every time I see him).
what hurts is the fact that he used stuff I told him against me, called me alien in the afternoon of 12/11/2024 after he told me in my office and repeated this 3 times: "Nobody want to work with you, sometime".

DESCRIBE HOW OTHERS WERE TREATED DIFFERENTLY THAN YOU:

I talked to my Ex-manager Steve Bryan and he told me that Scott "micromanage". when Steve told him to back off, he did not bother Steve!!
Today 3/3/25 ⇒ Steve showed me that he (Scott) finished his PPF on 02/14/25 ⇒ for me as of this morning, it's not done (It's due yesterday 03/2/25).

WERE THERE OTHER EMPLOYEES WHO WERE TREATED BETTER IN SIMILAR CIRCUMSTANCES? PLEASE CHECK ONE: YES (circled) ____ NO ____

IF YOU ANSWERED YES TO THE PREVIOUS QUESTION, PLEASE PROVIDE THE NAMES OF THE EMPLOYEES WHO WERE TREATED BETTER AND DESCRIBE HOW THEY WERE TREATED BETTER:

Steve Bryan. In evaluation, in sick leave etc.

PLEASE LIST BELOW ANY PERSONS (WITNESSES, FELLOW EMPLOYEES, SUPERVISORS, OTHERS) WHO MAY HAVE ADDITIONAL INFORMATION TO SUPPORT OR CLARIFY THIS COMPLAINT. EXPLAIN WHAT INFORMATION EACH CAN PROVIDE.

Steve Bryan => Told scott to "Leave him alone" and he did.
Azadi => his manager is Cam Morris of ITS and he dosnot treat him like this.

WHAT EXPLANATION DO YOU THINK THE AGENCY OR ACCUSED WILL GIVE AS TO WHY YOU WERE TREATED IN THIS MANNER?

Want to assert his Dominance. I wish he knows Roadway lighting so he will help me instead of punishing me for doing my job.

PLEASE IDENTIFY ANY OTHER INFORMATION (INCLUDING DOCUMENTARY EVIDENCE SUCH AS DIARIES, JOURNALS, RECORDINGS, EMAILS, VOICEMAILS, CORRESPONDENCE, ETC.) THAT YOU THINK IS RELEVANT TO THIS MATTER.

Ms team message & his email on 2/18/25

WHAT DO YOU WANT TO HAPPEN AS A RESULT OF THIS COMPLAINT?

He needs to treat me like Steve Bryan

IF YOU HAVE TOLD ANYONE ELSE ABOUT THIS MATTER, PLEASE LIST THE NAME(S) AND RELATIONSHIP(S) (CO-WORKER, FAMILY MEMBER, ETC.)

Kenna L Stephens TDOT HR

NAME AND TITLE OF PERSON TO WHOM THE FORM WAS FORWARDED FOR

ACTION: ______________________________________________

______________________________________________

______________________________________________

DATE ON WHICH THE FORM WAS FORWARDED:

______________________________________

Appendix A
Rev. 06-30-20

SIGNATURE OF COMPLAINANT:

Amin Salman

DATE: 03/03/25

IF COMPLETED BY SUPERVISOR OR AGENT OF STATE AS A RESULT OF INTERVIEWING A COMPLAINANT, PLEASE PROVIDE THE FOLLOWING INFORMATION:

PRINTED NAME: ______________________________

SIGNATURE: ______________________________

TITLE: ______________________________

AGENCY AND/OR DIVISION: ______________________________

WORK TELEPHONE NUMBER: ______________________________

DATE COMPLAINT RECEIVED: ______________________________

DATE FORM COMPLETED: ______________________________

REASON FOR DELAY, IF ANY, BETWEEN THE DATE THE COMPLAINT WAS RECEIVED AND THE DATE THE FORM WAS COMPLETED:

Outlook

## Retirement Application Follow-Up

**From** Kristen Lynch <Kristen Lynch@tn.gov>
**Date** Wed 3/5/2025 12.02 PM
**To** Amin Salman <Amin.Salman@tn.gov>

2 attachments (2 MB)
PreparingRetirementApplication.pdf; Separation Notice Policy & Procedures 230-22.pdf;

Amin,

As a follow-up to our conversation earlier, I was able to speak with Kenna Stephens for a few minutes regarding your two questions. First, your probationary period will not be extended due to your overall performance rating. Your probation ended on 3/2/2025 as scheduled.

Unfortunately, TDOT HR cannot provide you with a copy of the retirement application. The only way to apply for retirement is by either applying online through your TCRS account or calling TCRS to request a paper application. TCRS does not allow TDOT HR to call on behalf of the employee to obtain the paper application. TCRS does provide guidance on preparing to submit a Retirement Application. You can find the guide here and it is also attached for your reference. The guide walks you through the items you'll need to have ready to complete your retirement application and it provides the steps for how to access the online retirement application on page 7.

The website to access your TCRS account is https //mytcrs tn.gov/.

If you do decide to retire in July as you stated, you'll need to complete the notice of resignation/retirement that is included in the separation notice procedures. Please follow this link to access the policy and find the form on page 4. This form will need to include what your last day working will be and if you want your annual leave to be paid out as terminal leave (running it out) or a lump sum. The form should be turned into your supervisor as well as TDOT HR@tn.gov.

Please let me know if you need anything else.

Thanks,
Kristen

TN TDOT

**Kristen Lynch** | HR Business Partner
Human Resources Division, Classification & Compensation
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p. 615-532-3792 | c 615-499-0521
kristen lynch@tn gov
https //www.tn gov/tdot/human-resources-home/tdot-careers html

Mr. Salman,

Your turned in your notification to your leadership of your intent to retire with a last working date of 7/31/25. You have talked with multiple people in HR and I have offered to sit down an go over this process. I am going to schedule some time today for us to meet so I can provide you with clear guidance. You will be seeing an invite shortly for this afternoon.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Division, Transactions and AWS Coordinator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p. 615-532-3788 Fax 615-253-1477
kenna l stephens@tn gov

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Monday, March 17, 2025 11:32 AM
**To:** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Subject:** Re: Acceptance of Retirement

Kenna,
I do not want to retire.
I was talking to Marlene and Kristen to check my sick leave and if I want to use the time now or convert it to months of service. Marlene told me that every 20 days of sick equals one month of service. And asked her about the fraction; let's say I have 25 days so the 20 days will be one month and the five days will be added as a fraction of a month.

Amin Salman, PE, EDD

Statewide Lighting Trans. Engineer

James K Polk Bldg, Suite 1800

505 Deaderick Street, Nashville, TN 37243

p. 615-253-4833

Outlook

## RE: Complaint Intake Form

**From** Rodney O Ursery <Rodney.O.Ursery@tn.gov>
**Date** Mon 3/3/2025 10.10 AM
**To** Amin Salman <Amin.Salman@tn.gov>, Yolando Y. Jackson <Yolando.Y.Jackson@tn.gov>

Amin,

As I confirmed a little while ago when you stopped by my office, I received your EEO complaint, which this reply e-mail acknowledges further.

Also, as I informed you previously, Affirmation Action Manager, Yolando Y. Jackson, who you copied on the e-mail when filing your complaint (with TDOT Civil Rights Division), is responsible for reviewing your complaint and deciding how to proceed with it. You should be contacted after Mrs. Jackson reviews your complaint.

Please let me know if you have not received any follow-up information from TDOT Civil Rights Division regarding your EEO complaint by next Monday, March 10, 2025.

Thank you, have a great workweek!

TN TDOT

**Rodney Ursery** | Affirmative Action Officer 2
Civil Rights Division
James K. Polk Building, 18th Floor
505 Deaderick Street
Nashville, TN 37243
Office: 615.741.3681
Direct: 615.253.8741
Facsimile: 615.741.3169
E-mail: Rodney.O.Ursery@tn.gov
www.tn.gov/tdot/civil-rights

**From:** Amin Salman <Amin.Salman@tn.gov>
**Sent:** Monday, March 3, 2025 9:19 AM
**To:** Rodney O. Ursery <Rodney.O.Ursery@tn.gov>
**Cc:** Yolando Y. Jackson <Yolando.Y.Jackson@tn.gov>
**Subject:** RE: Complaint Intake Form

Rodney,
Please let me know if more documents are needed.

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800

505 Deaderick Street, Nashville, TN 3 3
p. 615-253-4833
Amin.Salman@tn.gov

TN TDOT Department of Transportation

**From:** Rodney O. Ursery <Rodney.O.Ursery@tn.gov>
**Sent:** Wednesday, February 26, 2025 2:23 PM
**To:** Amin Salman <Amin.Salman@tn.gov>
**Cc:** Yolando Y. Jackson <Yolando.Y.Jackson@tn.gov>
**Subject:** RE: Complaint Intake Form

Please see the attached regarding your complaint also.

TN TDOT

**Rodney Ursery** | Affirmative Action Officer 2
Civil Rights Division
James K. Polk Building, 18th Floor
505 Deaderick Street
Nashville, TN 37243
Office: 615.741.3681
Direct: 615.253.8741
Facsimile: 615.741.3169
E-mail: Rodney.O.Ursery@tn.gov
www.tn.gov/tdot/civil-rights

**From:** Rodney O. Ursery
**Sent:** Wednesday, February 26, 2025 2:21 PM
**To:** Amin Salman <Amin.Salman@tn.gov>
**Cc:** Yolando Y. Jackson <Yolando.Y.Jackson@tn.gov>
**Subject:** Complaint Intake Form

Amin,

See the attached form and information, which I mentioned to you during our meeting this morning. Please feel free to add as many additional pages as you need to tell your complete story about any violations which have been, or are still being, committed against you.

Please let me know if you have questions.

TN TDOT

**Rodney Ursery** | Affirmative Action Officer 2
Civil Rights Division
James K. Polk Building, 18th Floor

505 Deaderick Street
Nashville, TN 37243
Office: 615.741.3681
Direct: 615.253.8741
Facsimile: 615.741.3169
E-mail: Rodney.O.Ursery@tn.gov
www tn.gov/tdot/cıvıl-rıghts

Outlook

## RE: My manager is asking me to leave

**From** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Date** Thu 12/12/2024 10.43 AM
**To** Amin Salman <Amin.Salman@tn.gov>
**Cc** Jennifer Greathouse <Jennifer.Greathouse@tn.gov>

Mr. Salman,

The information has been provided to our Employee Relations representative for HQ, Jennıfer Greathouse. She will be the point of contact and will be in touch with you shortly.

Thank you,

TN TDOT

Kenna Stephens | HR Business Partner 1
Human Resources Dıvısıon, Transactions and AWS Coordınator
James K Polk Building, 4th Floor
505 Deaderick Street, Nashville, TN 37243
p. 615-532-3788 Fax 615-253-1477
kenna l stephens@tn gov

**From:** Amin Salman <Amın.Salman@tn.gov>
**Sent:** Thursday, December 12, 2024 3:51 AM
**To:** Kenna L. Stephens <Kenna.L.Stephens@tn.gov>
**Cc:** Jennifer Greathouse <Jennifer.Greathouse@tn.gov>
**Subject:** RE: My manager is asking me to leave

Kenna,
"I take very seriously calling me a liar. Amazon is publishing my first book-cover attached-by the end of this month. I will have a book signing ceremony at Barnes & Noble in Brentwood on Saturday 02-13-2025."

Amin Salman, PE, EDD
Statewide Lighting Trans. Engineer
James K Polk Bldg, Suite 1800
505 Deaderick Street, Nashville, TN 37243
p. 615-253-4833
Amın Salman@tn.gov

STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE

1 Employee's Name: Amin I Salman (*First / Middle Initial / Last*)    2 SSN: 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

3 Last Employed From: 02/02/98 (*mm/dd/yy*) to 06/30/25 (*mm/dd/yy*)    Occupation: Statewide Transportation Engineer

4 Where was work performed? Davdison County

5 Reason for Separation: ☐ Lack of Work ☐ Discharge ☑ Quit

If lack of work, indicate if layoff is: ☐ Permanent ☐ Temporary - Recall Date ______ (*mm/dd/yy*)

If temporary, report any vacation pay that will be paid: Week Ending Date ______ (*mm/dd/yy*) Amount $ ______

If layoff is indefinite vacation pay should not be reported

6 Employee received: ☐ Wages in Lieu of Notice ☐ Severance Pay

In the amount of $ ______ for period from ______ (*mm/dd/yy*) to ______ (*mm/dd/yy*)

If other than lack of work, explain the circumstances of this separation

Retirement

| | |
|---|---|
| Employer's Name: TN Department of Transportation | |
| Address where additional information may be obtained<br>James K Polk Bldg<br>505 Deaderick St<br>Nashville, TN 37243 | Employer's Telephone Number<br>(615) 741-3461<br>Employer's Email Address<br>TDOT HR@tn gov |

**Employer's Account Number**: 6503659    *Number shown on State Quarterly Wage Report (LB 0851) and Premium Report (LB-0156)*

I certify that the above worker has been separated from work and the information furnished hereon is true and correct **This report has been handed to or mailed to the worker.**

| Signature of Official or Representative of the Employer who has first-hand knowledge of the separation | Title of Person Signing | Date Completed and Released to Employee |
|---|---|---|
| *Gary W Schafer* | HR Generalist 2 | 06/30/25 (*mm/dd/yy*) |

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0800-09-01- 02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation If you subsequently receive a time sensitive request for separation information for the same information please give complete information in your response

## NOTICE TO EMPLOYEE

**YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO TENNESSEE CLAIMS OPERATIONS IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

Form Approved
OMB No. 0938-0787

# REQUEST FOR EMPLOYMENT INFORMATION

## SECTION A: To be completed by individual signing up for Medicare Part B (Medical Insurance)

1. Employer's Name: Tennessee Dept. of Transportation (TDOT)
2. Date: 07/14/2025
3. Employer's Address: 505 Deaderick St
City: Nashville
State: TN
Zip Code: 37243
4. Applicant's Name: Amin I. Salman
5. Applicant's Social Security Number: 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
6. Employee's Name: Amin I. Salman
7. Employee's Social Security Number: 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

## SECTION B: To be completed by Employers

### For Employer Group Health Plans ONLY:

1. Is (or was) the applicant covered under an employer group health plan? ☑ Yes ☐ No
2. If yes, give the date the applicant's coverage began. (mm/yyyy) 01/2006
3. Has the coverage ended? ☑ Yes ☐ No
4. If yes, give the date the coverage ended. (mm/yyyy) ~~06~~/2025 correction 07/2025 (KL) Kugler Pitchett, HR Generalist 3
5. When did the employee work for your company?
From (mm/yyyy): 02/1998
To (mm/yyyy): 07/2025
Still Employed. (mm/yyyy): __/____
6. If you're a large group health plan and the applicant is disabled, please list the timeframe (all months) that your group health plan was primary payer
From (mm/yyyy): __/____
To: (mm/yyyy): __/____

### For Hours Bank Arrangements ONLY:

1. Is (or was) the applicant covered under an Hours Bank Arrangement? ☐ Yes ☐ No N/A
2. If yes, does the applicant have hours remaining in reserve? ☐ Yes ☐ No N/A
3. Date reserve hours ended or will be used? (mm/yyyy) __/____ N/A

### All Employers:

Signature of Company Official: Haley Sprague
Date Signed: 07/15/2025
Title of Company Official: HR Business Partner 1
Phone Number: (615) 741-3461

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number The valid OMB control number for this information is 0938-0787. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to CMS, 7500 Security Boulevard, Attn PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850

| TN TDOT<br><br>DEPARTMENTAL POLICY<br>State of Tennessee<br>Department of Transportation | Policy Number: 230-22 |
|---|---|
| | Effective Date:<br><br>June 30, 2020 |
| Approved By: | Supersedes:<br><br>June 30, 2016 |
| SUBJECT: Separation Notice Procedures | |

**RESPONSIBLE OFFICE:** Human Resources

**AUTHORITY:** T.C.A. §§8-30-104, 8-30-105, and 4-3-2303. If, at any time, a portion of this policy conflicts with applicable state or federal laws or regulations, that portion shall be considered void. The remainder of this policy shall not be affected thereby and shall remain in full force and effect.

**RELATED POLICIES:** DOHR Policy 12-014. Terminations and Designations for Rehire;

**PURPOSE:** To ensure timely notice of employee separation from state service and to comply with security mandates of the Tennessee Department of Finance and Administration.

**APPLICATION:** All TDOT employees and any other person working in a contractual role for TDOT.

**POLICY:** It is the policy of the Department of Transportation ("Department") to ensure compliance with the policies and procedures for employee security access removal as established by the Tennessee Department of Finance and Administration. This policy lays out the procedures for employees and contractors to provide notice of separation from state service so that the Department can follow the guidelines for removal of security access to state networks and equipment following employee or contractor separation.

The guidelines for the Department are set forth by the Tennessee Department of Finance and Administration. These guidelines require that security access be removed for all separated State employees and contractors on the individual's last day worked. This includes employees or contractors separated from service as a result of termination, resignation, expiration of contract or assignment, or retirement. An individual's last day worked as used in this policy is the last day the employee or contractor was physically present at work in his or her capacity as a State employee or contractor.

**PROCEDURES:**

**Employee Responsibilities**

As stated in the Tennessee Department of Human Resources Policy 12-014, an employee should give his or her supervisor at least ten (10) workdays written notice to resign from state service in good standing. Written notice can be in any form as long as it includes the employee's name,

title, anticipated final day of work, and the reason for resignation. An employee may use the attached template (see *Appendix A*) as a guide for submitting his or her resignation. An employee must submit his or her resignation to his or her direct supervisor **and** email it to TDOT.HR@tn.gov, copying the supervisor and the regional or divisional HR contact. If any employee is not able, for any reason, to notify his or her supervisor, he/she may email the notice to only TDOT Human Resources at TDOT.HR@tn.gov.

Employees are encouraged to seek technical assistance by calling TDOT Human Resources Office at 615-741-3461.

**Supervisor Responsibilities**
The supervisor of an employee or contractor separating from service must in all cases notify TDOT Human Resources as soon as he or she is aware of the employee's or contractor's plan to separate, regardless of employee's or contractor's intent to notify TDOT HR directly. A supervisor with knowledge of an employee's or contractor's intent to separate must submit the resignation information (see *Appendix A*) to TDOT.HR@tn.gov.

In some instances, the employee or contractor may be unavailable to submit his or her own resignation to TDOT HR directly. Situations in which an employee or contractor may be unavailable to submit timely notice of resignation include, but are not limited to: calling in to give verbal notice of resignation, giving his or her resignation to the supervisor or administrative/local human resource personnel but not submitting such to TDOT Human Resources directly, and in cases of employee separation as a result of job abandonment. Job abandonment occurs when an employee has been absent from work without approval for three (3) consecutive workdays or two (2) consecutive workdays following the expiration of any authorized leave. In these scenarios, it is incumbent on the employee's direct supervisor to submit the resignation form (see *Appendix A*) to TDOT.HR@tn.gov on behalf of the employee immediately upon notice of the employee's intent to separate.

It is the supervisor's responsibility to update TDOT Human Resources of any changes in an employee's work status during the separation notice period If a supervisor becomes aware that an employee will separate prior to the anticipated final day communicated in the initial notice, the supervisor must inform TDOT Human Resources immediately. Supervisors who do not inform TDOT Human Resources upon becoming aware of an employee's intent to change his or her separation date are subject to disciplinary action under this policy.

Supervisors are encouraged to seek technical assistance by calling TDOT Human Resources Office at 615-741-3461.

**Use of Leave during Notice Period**
A supervisor that is aware of an employee's or contractor's intent to separate from state service may not approve annual leave for that employee/contractor. Approval of sick leave once notice has been given to separate should only occur when accompanied by a medical note from the healthcare provider. Approval of annual leave or sick leave without a medical note during a notice period or after a supervisor learns of an employee's or contractor's intent to separate from state service may result in disciplinary action for the supervisor approving the leave.



Case 3:26-cv-01247 Document 1-1 Filed 09/01/26 Page 78 of 85 PageID #: 86

Supervisors are encouraged to seek technical assistance by calling TDOT Human Resources Office at 615-741-3461.

**POLICY VIOLATION GUIDELINES:**

1. Supervisors who violate this policy may be subject to appropriate disciplinary action as described in Rules of the Tennessee Department of Human Resources 1120-10.
2. Employees who violate the provisions contained in this policy may be subject to designation as resigning not in good standing from State service as described in Tennessee Department of Human Resources Policy 12-014.
3. The supervisor is responsible for maintaining proper separation notice procedures for his or her employees and also for contractors working under his or her supervision. All supervisors should be in contact with TDOT HR as soon as possible when information is received that an employee or contractor is separating from service with the Department to ensure proper procedures are followed.



Case 3:26-cv-01247 Document 1-1 Filed 09/01/26 Page 79 of 85 PageID #: 87

TN Human Resources

# NOTICE OF RESIGNATION/RETIREMENT

**I will be ☐ resigning from State service.** **I will be ☐ retiring from State service.**

My last day worked will be ____________________ at ________ a m ______ p m

***RETIREES ONLY* - CHECK ONE BELOW: SUBJECT TO MANAGEMENT APPROVAL**

☐ I am requesting my annual leave be paid out as terminal leave
☐ I am requesting a lump sum payment for my annual leave balance

If resigning, my reason is

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

| Employee's Signature | Date | Employee's Name (print) | Edison ID (EMP ID) |
|---|---|---|---|

Employee Email Address ____________________ Employee Phone Number ____________________

**If Applicable** *Not signed by employee because*

______________________________________________________________________
______________________________________________________________________

| Supervisor's Signature | Date | Supervisor's Name (print) | Edison ID (EMP ID) |
|---|---|---|---|

**Information for Employees:**

- Any annual/comp leave balance accrued will be paid in a ump sum unless you are retiring and have chosen to draw out your annual/comp leave as terminal leave (Retirees only have this option) Lump sum payments will be direct deposited with your last pay check or a supplemental check will be sent to the address listed in Edison If your address is not correct, please update Edison or notify your Human Resources office immediately Please note that this check can take up to 90 days from date of separation to be received
- Sick Leave will not be paid out Employees who have worked at least one year for the State of Tennessee will be eligible to have their sick leave reinstated upon future return to State service
- Creditable prior service time will be credited to employees who return to State service You must request this from your Human Resources office upon return to State service
- Insurance: If you have State Insurance, coverage will end on the last day of the month of separation, unless you are retiring COBRA packages are available if you want to continue your insurance through COBRA. COBRA paperwork will automatically be mailed to your address in Edison upon termination of active employee insurance Retirees who are eligible to continue insurance at retirement will need to complete and submit the necessary paperwork in order to do so
- If you have any optional benefits that you are eligible to keep by paying the premium directly to the issuing company, the issuer will contact you directly upon separation
- Helpful phone numbers:
    - Edison Help Desk 866-376-0104 or 615-741-HELP
    - Benefits Administration 800-253-9981 or 615-741-3590
    - Payroll Call Center 877-944-3873 or 615-741-PAID
    - Tennessee Consolidated Retirement System· 800-770-8277
    - Deferred Compensation (401K) 800-701-8255

TN Department of **Human Resources**

# POLICY

| | |
|---|---|
| **Approved by:** Juan Williams, Commissioner | **Policy Number:** 12-064 (rev. 05/20/2024) |
| **Signature:** | **Supersedes:** 11-014, 95-028,91-022, 91-021, 88-022, 87-033, 87-032, 87-026, 87-025, 86-022, 85-036, 85-034, 84-030 |
| **Application:** Executive Branch Agencies and Employees, Human Resource Officers | **Effective Date:** October 1, 2013 |
| **Authority:** T.C.A. § 4-3-1703, T.C.A. § 8-30-104, T.C.A. § 8-30-313 | **Rule:** Chapter 1120-05 |

## Performance Management Program

The purpose of the Performance Management Program is to facilitate the creation and nurturing of a performance-based culture where the individual employee's performance is aligned with the agency and administration's objectives and employees are appropriately rewarded for the results they achieve. The Performance Management Program is a systematic process used to define the standards of performance, expected work outcomes, and competencies for all employees, provide ongoing performance feedback, offer the employee developmental opportunities, and document an objective and fact-based record of the employee's performance.

### Agency Participation and Employee Eligibility

All agencies in the State Service, as defined in Tennessee Code Annotated (T.C.A.) § 8-30-102, shall be required to participate in the Performance Management Program. Other boards and commissions within the Executive Branch may be included if approved by the commissioners of the Departments of Human Resources (Commissioner) and Finance & Administration.

Employees within the State Service who are excluded from the salary schedule or have a salary schedule conducted and implemented pursuant to a statutory pay plan are not eligible to participate in the Performance Management Program. Specifically excluded are commissioned officers in the Departments of Safety & Homeland Security and Commerce & Insurance, as well as wildlife specific classifications in the Tennessee Wildlife Resources Agency.

### Performance Management Roles and Responsibilities

Rater Role: The rater is the person measuring an employee's stated performance standards, work outcomes, and competency. Typically, the rater is the employee's direct supervisor or manager. The rater creates the employee's individual performance plan (IPP), provides feedback, and conducts a final review discussion with each employee, each review cycle.[1]

[1] Raters/Reviewers with employees on protected leave (i e , FMLA, ADA, Military Leave, Paid Parental Leave, Sick Leave Bank, Short/Long Term Disability, Workers' Compensation), shall provide a rating to an employee during the rating period, as long as the employee worked for at least 120 days of the performance review cycle, and has completed at least one (1) interim review *See* DOHR Policy 24-001 for more information.

Reviewer Role: The reviewer is the person responsible for ensuring that the performance management process is properly conducted. The reviewer's input and approval are required at each of the procedural steps prior to a discussion with the employee.

Reviewers shall review each of the procedural steps to determine that:

(1) IPP's are written at the "Meets Expectations" level of performance by stating performance standards and expected work outcomes that are specific, measurable, achievable, relevant to the strategic objective of the employee's agency, and time sensitive (S.M.A.R.T.);

(2) The review process has been completed as required, to include the initial performance planning discussion, a minimum of two interim reviews, and an annual review of the employee's overall performance with assigned ratings and justifications objectively describing performance;[2] and

(3) Performance feedback is documented and provided to employees throughout the performance cycle.

The reviewer approves all final reviews with ratings of "Exceeds Expectations," "Meets Expectations,", and "Needs Improvement".

Appointing Authority Role: The appointing authority or designee acting in this role must approve all annual reviews with ratings of "Exceptional" or "Unacceptable" prior to the discussion with the employee.

**Performance Management Procedural Steps**

The following procedural steps list the requirements of the Performance Management Program for each employee, each cycle:

(1) IPP. An initial discussion between the rater and the employee which details the performance management process and establishes expected performance standards, behaviors, and work outcomes. The rater must create a new IPP and document the discussion of this plan with the employee at the beginning of each performance management cycle. The IPP shall contain 4-6 work outcome statements and must be S.M.A.R.T.

(2) Interim Reviews. Required periodic discussions reviewing the employee's performance of stated expectations, work outcomes, competencies (providing constructive performance feedback/coaching); discussing ways in which the employee can enhance performance; and, if appropriate the consequences of "Unacceptable" or "Needs Improvement" performance. These periodic reviews must be recorded in Edison or documented in writing if the employee does not have access to Edison.

[2] *See* footnote 1, if applicable.

(3) Final Review A documented review of the employee's overall performance for the current review cycle. The final review will provide the employee with a rating of performance for each work outcome, competency and overall performance. Each rating must be justified by objective, fact-based statements by the supervisor/rater.[3]

(4) Rating Period. The period in which an employee may be rated for overall performance. For employees on the standard performance review cycle. This period begins June 1st and ends on July 31st For employees on a probation cycle, this period shall be no more than sixty (60) days from the end of the probation period. Employees may not receive final ratings outside of the rating period Performance documents may not be cancelled during the rating period without approval of the Commissioner.

Completion of any procedural step may not occur within thirty (30) days of another procedural step within the same review cycle. This allows the employee time to perform to stated expectations.

Violation of this policy may result in disciplinary action, up to and including dismissal

**Performance Review Cycles**

The standard performance review cycle begins on each August 1st and ends July 31st of the following year. Raters will use this review cycle for all full-time employees, with the exception of those serving a probationary period (this includes employees in a Career Path pursuant to DOHR Policy 12-023).

The steps included in the standard review cycle are designed to be completed throughout a twelve (12) month period, with two (2) interim reviews, or as prescribed by the Commissioner. However, due to probation periods ending within the standard review cycle, or alterations to the employee's performance plan, it may be necessary to have a reduced or short review cycle. A short cycle is defined as a period of at least 120 days but no more than 180 days from the date of the performance plan and includes at least one (1) interim review.

In these instances, the timeframe for completion of the IPP, at least one interim review, and the final review shall be at least 120 days from the date of the performance plan with no less than thirty (30) days between each step in the review cycle. This timeframe is designed to allow the employee an opportunity to understand and perform to the stated expectations, receive feedback, and improve performance, if necessary, prior to a final review.

Employees who complete a probationary performance review period shall transition to the standard performance review cycle once the probationary period is complete, even if the transition occurs in the middle of the standard performance review cycle. Employees who complete the probationary period and transition to the standard performance review cycle, shall complete all procedural steps with no less than thirty (30) days between each step from the date of the discussion See examples below:

[3] *See* footnote 1, if applicable.

(1) An employee who successfully completes a probationary performance review period between August 2nd and December 31st of any year will begin a standard review cycle that covers the time period from the end of the probationary due date through July 31st of that year with two (2) interim reviews. This will allow the employee to transition to the standard twelve (12) month review cycle beginning August 1st

(2) An employee who completes probation between January 1st and April 1st, shall begin a short review cycle. All required procedural steps with at least one (1) interim review, should be completed by July 31st, ensuring there are at least 30 days between each step. An employee who completes probation after April 1st may start a new review cycle beginning on August 1st of the standard review cycle.

**Request for Administrative Review**

An employee may request an administrative review at the end of the designated review cycle when the employee believes that one of the procedural steps has been violated. Ratings and/or comments assigned by the supervisor do not constitute a procedural violation. An employee may file a written request for review along with any appropriate documentation to the agency appointing authority within fourteen (14) calendar days after the date of the annual review, or the employee's return to work after a period of protected leave[4]. In no event shall a request for review be filed more than twelve (12) months from the date of the final review. The appointing authority shall respond in writing to the employee within fourteen (14) calendar days. If the employee is not satisfied with the decision of the appointing authority, the employee may file a written request for administrative review along with any relevant documentation to the Commissioner within fourteen (14) calendar days of the appointing authority's decision. The Commissioner will review all written material and shall respond to the employee in writing within fourteen (14) calendar days. The decision of the Commissioner is final and not subject to further review.

**Performance Review Documents**

For situations where an employee does not have access to Edison, a paper-based version of the performance document is available on www.teamtn.gov. After all signatures are secured, the rater will route the paper version of the annual review to the agency performance management coordinator for entry into Edison. When using a paper-based version of any form, the rater must ensure that the reviewer approves the document prior to discussion with the employee. Paper documents must follow all procedural steps.

[4] Protected leave includes FMLA, ADA, Military, Paid Parental Leave, Sick Leave Bank, Short/Long-Term Disability, Worker's Compensation.

**Records**

The annual performance review and any of the documented procedural steps, shall not be considered public records under T.C A § 10-7-503, and not open for public inspection.

Questions regarding this policy may be directed to the Office of People, Performance and Culture.


Case 3:26-cv-01247 Document 1-1 Filed 09/01/26 Page 85 of 85 PageID #: 93