# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Sep 1, 2026 10:48AM

Amin I. Salman
7485 Harness Drive
Nashville, TN 37221

Rcpt. No: 300008863 | Trans. Date: Sep 1, 2026 10:48AM | Cashier ID: #MG (4569)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $405.00 |

**Comments**: Filing fee for Amin I. Salman, Case No. 3:26-cv-1247

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.